| BORRNAME | UBS Loan ID |
|---|---|
| ZABROSKE, BENJAMIN A. | 777021609 |
| UPEGUI, CARLOS | 777014714 |
| CARRILLO, MARGOT | 777013706 |
| MORRIS, WILBERT | 334582213 |
| GOMEZ, MARTHA | 777015028 |
| GONZALEZ, TOMASA V. | 777017296 |
| GOMEZ, BEATRIZ | 777024533 |
| FARRAY, RALMUNDO | 335338992 |
| SEMAAN, PEDRO | 335338990 |

Case 1:07-cv-03700-GWG    Document 1-2    Filed 05/10/2007    Page 1 of 1