

# Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UBS REAL ESTATE SECURITIES INC.,

        Plaintiff,                                      Case No. 07 CV 3700
                                                             (Judge Scheindlin)

       -against-                                 AFFIDAVIT OF SERVICE

COUNTY TRUST MORTGAGE BANKERS CORP.,

        Defendant.
----------------------------------------------------------X
STATE OF FLORIDA    )
       S.S.:
COUNTY OF DADE     )

        EDWARD SHAPIRO, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

        That on the 14th day of May, 2007, at approximately the time of 3:37 PM, deponent served a true copy of the SUMMONS IN A CIVIL CASE; COMPLAINT; RULE 7.1 STATEMENT; PROCEDURES FOR ELECTRONIC CASE FILING; 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL; GUIDELINES FOR ELECTRONIC CASE FILING; INDIVIDUAL RULES AND PROCEDURES OF JUDGE SHIRA A. SCHEINDLIN; AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE GABRIEL W. GORENSTEIN upon COUNTY TRUST MORTGAGE BANKERS CORP. c/o Hector Chomat at 11430 North Kendall Drive, Suite 300, Miami, FL, by personally delivering and leaving the same with HECTOR CHOMAT who informed deponent that he holds the position of President with that company and is authorized by law to receive service at that address.

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com




## Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

HECTOR CHOMAT is a white male, approximately 50 years of age, stands approximately 6 feet 0 inches tall, weighs approximately 180 pounds with salt & pepper hair wearing glasses.

EDWARD SHAPIRO

Sworn to before me this
16 day of May, 2007

Sandra E. Stewart
Commission #DD362729
Expires: NOV. 01, 2008
www.AaronNotary.com

NOTARY PUBLIC

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com