AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

UBS Real Estate Securities Inc.

**SUMMONS IN A CIVIL CASE**

V.

County Trust Mortgage Bankers Corp.

CASE NUMBER: **07 CV 3700**

**JUDGE SCHEINDLIN**

TO: (Name and address of defendant)

County Trust Mortgage Bankers Corp.
11430 North Kendall Drive, Suite 300
Miami, Florida 33176

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joel M. Miller
Miller & Wrubel P.C.
250 Park Avenue
New York, New York 10177
(212) 336-3500

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

_(signature)_

(BY) DEPUTY CLERK

MAY 10 2007

DATE