# MILLER & WRUBEL P.C.
### ATTORNEYS
250 PARK AVENUE
NEW YORK, NEW YORK 10177-0699
(212) 336-3500

WRITER'S DIRECT NUMBER
(212) 336-3501
E-mail
jmiller@mw-law.com

FACSIMILE
(212) 336-3555

June 20, 2007

**BY FIRST CLASS MAIL**

Hon. Shira A. Scheindlin
United States District Court
500 Pearl Street, Room 1620
New York, New York 10007

    Re: *UBS Real Estate Securities Inc. v. County*
       *Trust Mortgage Bankers Corp. (07 Civ. 3700 (SAS))*

Dear Judge Scheindlin:

We represent plaintiff UBS Real Estate Securities Inc. ("UBS").

In accordance with the Court's Order scheduling an Initial Pretrial Conference on July 2, 2007, I write to inform Your Honor that defendant County Trust Mortgage Bankers Corp. ("County Trust") has not served an answer or otherwise appeared in this action. County Trust's last day to serve its answer was June 4, 2007. UBS intends to apply for a default judgment.

We appreciate the Court's attention to this matter.

            Respectfully submitted,

            Joel M. Miller

*[Handwritten endorsement:]* The initial pretrial conference is adjourned sine die. However, plaintiff must move for a default judgment no later than July 16, 2007. So Ordered. [signature] USDJ 6/21/07