UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UBS REAL ESTATE SECURITIES INC.,<br><br>                                Plaintiff,<br><br>    -against-<br><br>COUNTY TRUST MORTGAGE BANKERS CORP.,<br><br>                                Defendant. | Case No.: 07 Civ. 3700 (SAS)<br><br>ECF Case<br><br>**CLERK'S CERTIFICATE** |

I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on May 10, 2007 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant on May 14, 2007 by personal service upon Hector Chomat, President of County Trust Mortgage Bankers Corp., and proof of such service thereof was filed on May 17, 2007.

I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated: New York, New York
       July 9, 2007

                                        **J. MICHAEL MCMAHON**
                                        Clerk of the Court

                                By: _____
                                        Deputy Clerk