Joel M. Miller
Charles R. Jacob III
Jeremy M. Sher
MILLER & WRUBEL P.C.
250 Park Avenue
New York, New York 10177
(212) 336-3500

Attorneys for Plaintiff
UBS Real Estate Securities Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UBS REAL ESTATE SECURITIES INC., <br><br> Plaintiff, <br><br> -against- <br><br> COUNTY TRUST MORTGAGE BANKERS CORP., <br><br> Defendant. | Case No.: 07 Civ. 3700 (SAS) <br><br> ECF Case <br><br> **APPLICATION FOR** <br> **DEFAULT JUDGMENT** |

  Plaintiff UBS Real Estate Securities Inc. ("UBS") hereby applies for a default judgment against County Trust Mortgage Bankers Corp. ("County Trust"), upon the accompanying affidavit of Brian Bowes, the affidavit of Jeremy M. Sher and exhibits attached thereto, and Memorandum of Law.

  UBS commenced this action by filing the Summons and Complaint on May 10, 2007. UBS served a copy of the Summons and Complaint on defendant on May 14, 2007, by personal service on Hector Chomat, President of County Trust. UBS filed proof of service on May 17, 2007. Defendant's time to file an answer or otherwise move with respect to the Complaint expired on June 4, 2007.

Defendant has not appeared in this action, filed an answer, or otherwise moved with respect to the Complaint. Default was entered in the civil docket in the Office of the Clerk of this Court on July 9, 2007. No proceedings have been taken by defendant since default was entered.

Wherefore, plaintiff applies for a judgment against defendant as to liability for defendant's breach of contract, with damages to be determined by an inquest to be held on or after October 17, 2007.

Dated: New York, New York
       July 16, 2007

                        MILLER & WRUBEL P.C.

                        By: /s/
                        Joel M. Miller
                        Charles R. Jacob III
                        Jeremy M. Sher
                        250 Park Avenue
                        New York, New York 10177
                        (212) 336-3500

                        Attorneys for Plaintiff
                        UBS Real Estate Securities Inc.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the annexed APPLICATION FOR DEFAULT JUDGMENT was served on July 16, 2007, by e-mail and first class mail upon:

> County Trust Mortgage Bankers Corp.
> c/o Hector Chomat
> 11430 N. Kendall Drive, Suite 300
> Miami, FL 33176
> (hchomat@countytrust.com)

_____
Jeremy M. Sher