UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UBS REAL ESTATE SECURITIES INC., | Case No.: 07 Civ. 3700 (SAS) |
| Plaintiff, | ECF Case |
| -against- | **DEFAULT JUDGMENT** |
| COUNTY TRUST MORTGAGE BANKERS CORP., | |
| Defendant. | |

      This action having been commenced on May 10, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, County Trust Mortgage Bankers Corp. ("County Trust"), on May 14, 2007, by personal service on Hector Chomat, President of County Trust, and a proof of service having been filed on May 17, 2007, and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

      ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant, in plaintiff's favor, as to defendant's liability on plaintiff's claims set forth in the Complaint. Plaintiff's damages shall be determined at an inquest before the Hon. _____ on or after October 17, 2007.

Dated: New York, New York
       July __, 2007

                                                                     Hon. Shira A. Scheindlin, U.S.D.J.