LAW OFFICES OF

# Jorge Rodriguez-Chomat & Associates, P.A.

THE FOUR AMBASSADORS • SUITE 1750
825 BRICKELL BAY DRIVE • MIAMI, FLORIDA 33131
TELEPHONE: (305) 374-0056 • FAX: (305) 373-8399
E-mail: chomatpa@aol.com

**JORGE RODRIGUEZ-CHOMAT**
FLA., N.Y. & WASH. D.C. BARS

JUL 2 5 2007

July 25, 2007

Hon. Shira A. Scheindlin
U.S. District Court Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007-1591

Attn. Ms. Lauren Mokowitz
    Law Clerk

Fax No.: 212-805-7920

Re: UBS Real Estate Securities, Inc.
    v.
    County Trust Mortgage Banker Corp.
    Case No. 07-CV- 3700

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/25/07
```

Dear Judge Scheindlin:

Thank you very much for allowing me time to obtain required Certificates from the Clerk's of the Courts where I am admitted to practice, to find a sponsoring attorney to file the appropriate Motion to Admit Counsel Pro Hac Vice in compliance with your local rules.

I also received a copy of Mr. Miller's Motion for Entry of Default Judgment and his memorandum regarding my previous application, motion and pleadings that I filed subject to the Court's approval of my Pro Hac Vice motion.

I understand his arguments.

I already requested the certificates from the Clerk of the different courts but I have not been able to find the sponsoring attorney and do not anticipated finding one; therefore, please consider this letter as my notice of withdrawal of my previous application for authority to practice before you in this case (Pro Hac Vice motion).

County Trust is continuing its efforts, within its very limited financial resources, to find counsel to represent it in this case.

*[Handwritten note:] Defendants may have one last opportunity to appear through counsel. If no counsel has appeared by August 27, 2007 the Court will consider Plaintiff's application for a default judgment.*

*[Margin note:] copy faxed 7/25/07 to Broderick Bagert*

County Trust and I respectfully request that you allow them an additional thirty (30) days to find counsel.

Thank you again for your courtesies.

Respectfully yours,

Jorge Rodriguez-Chomat

CC: Hector Chomat, President County Trust Mortgage Bankers Corp.