00021601

UNITES STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
UBS REAL ESTATE SECURITIES, INC.,,

                Plaintiff,

-against-

COUNTY TRUST MORTGAGE BANKERS CORP.,

                Defendant.

----------------------------------------X

Index No.:
07 CV 3700

**NOTICE OF**
**APPEARANCE**

      TAKE NOTICE that the Defendant, COUNTY TRUST MORTGAGE BANKERS CORP. has retained Itkowitz & Harwood as counsel in the above named proceeding, and demands that a copy of all papers in the above entitled action be served upon Itkowitz & Harwood at its offices located at 305 Broadway, 7th Floor, New York, New York 10007.

Dated:   New York, New York
          August 24, 2007

                                Yours truly,
                                ITKOWITZ & HARWOOD

            By:     _____
                            JAY B. ITKOWITZ, ESQ.
                            Attorneys for Defendant
                            COUNTY TRUST MORTGAGE
                            BANKERS CORP.
                            305 Broadway, 7th Floor
                            New York, New York 10007
                            (646) 822-1801

TO: MILLER & WRUBEL
     Joel M. Miller
     Jeremy M. Sher
     Attorneys for Plaintiff
     250 Park Avenue
     New York, New York 10177
     (212) 336-3500