# ITKOWITZ & HARWOOD

305 BROADWAY
7TH FLOOR
NEW YORK, NEW YORK 10007
(212) 822-1400
www.itkowitz.com

THE NATIONAL NEWARK BUILDING
744 BROAD STREET, 16TH FLOOR
NEWARK, NEW JERSEY 07102

Jay B. Itkowitz
Donald A. Harwood Esq. P.C.*
Michelle A. Maratto

*Also Admitted in Mass.

CAPITAL DISTRICT
28 PARK ROW
CHATHAM, NEW YORK 12010

Writer's Direct Contact Information:
Jay B. Itkowitz Ext.1801
Desktop Fax: (212) 822-1402
jitkowitz@itkowitz.com

August 24, 2007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/07
```

**BY FASCIMILE: (212) 805-7920**

Honorable Shira A. Scheindlin
U.S. District Court Judge
United States Courthouse
500 Pearl Street
New York, New York 10007-1591

Re: UBS Real Estate Securities, Inc.
v. County Trust Mortgage Bankers Corp
Case No.:07-CV-3700

Dear Judge Scheindlin:

This firm has been retained by County Trust Mortgage Bankers Corp. ("County Trust") in the above-referenced matter to investigate this case and is in the process of diligently investigating the validity of any claims and/or defenses that County Trust claims that they may have.

I am the partner in charge of this case and have unfortunately been contacted by County Trust while I am in the midst of moving with my wife and three children to a temporary house while my home is being renovated. In addition, I am scheduled to depart for a one week vacation on August 26, 2007 and will not return until after Labor Day. Also, I am scheduled to commence a hearing in New York State Supreme Court on September 5, 2007.

Accordingly, in light of my pressing schedule coupled with my obligation to investigate the claims and defenses of my

*Itkowitz & Harwood*
*Honorable Shira A. Scheindlin*
*August 24, 2007*
*Page 2 of 2*

client prior to putting in an Answer, we respectfully ask this Court to grant an adjournment of our time to formally put in a Notice of Appearance and/or Answer and/or Counter Claims until the third week of September. I have previously communicated this request to opposing counsel but he has declined to provide his consent.

Thank you for your attention to this matter. I look forward to hearing from your chambers at your earliest convenience.

Very truly yours,

Jay B. Itkowitz

JBI:pr

00021594

Cc: Joel M. Miller, Esq.

Hector Chomat

*[Handwritten note:]* Defendants counsel must file a Notice of Appearance by close of business on August 24, 2007. Defendant must file a responsive pleading no later than September 21, 2007. No further extensions will be granted as to the date by which defendant must file a responsive pleading. So Ordered. *[signature]* USDJ 8/24/07