UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UBS REAL ESTATE SECURITIES, INC.<br>**Plaintiff**<br><br>-v-<br><br>COUNTY TRUST MORTGAGE BANKERS CORP.,<br>**Defendant** | Case No. 07-CV-3700 (SAS)<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for County Trust Mortgage Bankers Corp. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: September 20, 2007

Signature of Attorney
Jay B. Itkowitz

Attorney Bar Code: JBI5349

Form Rule7_1.pdf