60654 00021892

Jay B. Itkowitz (JBI-5349)
Itkowitz & Harwood
305 Broadway, 7th Floor
New York, New York 10007
(646) 822-1801
Facsimile (212) 822-1402

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UBS REAL ESTATE SECURITIES, INC.,

                     Plaintiff,

  -against-

COUNTY TRUST MORTGAGE BANKERS
CORP.,

                    Defendant,
-----------------------------------------------------------------x

Case No. 07-CV-3700 (SAS)

**NOTICE TO TAKE DEPOSITION**

TAKE NOTICE, that pursuant to Rule 30 of the Federal Rules of Civil Procedure, the testimony, upon oral examination, of **Plaintiff, UBS REAL ESTATE SECURITIES, INC.**, as an adverse party, will be taken before a notary public who is not an attorney, or employee of an attorney, for any party or prospective party herein and is not a person who would be disqualified to act as a juror because of interest or because of consanguinity or affinity to any party herein at the offices of Itkowitz & Harwood, located at 305 Broadway, 7th Floor, New York, New York 10007 on the 31st day of October, 2007 at 10:00 a.m. in the forenoon of that day with respect to evidence material that is necessary in the defense of this action.

Dated:    New York, New York
            September 20, 2007

                                      ITKOWITZ & HARWOOD
                                      Attorneys for Defendant
                                      COUNTY TRUST MORTGAGE
                                      BANKERS CORP.

                    By:                _____
                                      Jay B. Itkowitz (JBI-5349)
                                      305 Broadway, Seventh Floor
                                      New York, New York 10007
                                      (646) 822-1801

TO:    MILLER & WRUBEL, P.C.
        Attorneys for Plaintiff
        UBS REAL ESTATE SECURITIES, INC.
        Joel M. Miller
        Charles R. Jacob, III
        Jeremy M. Sher
        250 Park Avenue
        New York, New York 10177
        (212) 336-3500

60654 00021905

CASE NUMBER:    07-CV-3700 (SAS)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X
UBS REAL ESTATE SECURITIES, INC.,

        Plaintiff,

    -against-

COUNTY TRUST MORTGAGE BANKERS CORP.,

        Defendant.
-------------------------------------------------------------------------------X

## NOTICE TO TAKE DEPOSITION

# ITKOWITZ &HARWOOD
Attorneys for Defendant
County Trust Mortgage Bankers Corp.,
Office and Post Office Address
305 Broadway
Seventh Floor
New York, New York 10007
(212) 822-1400