60654 00021895

Jay B. Itkowitz (JBI-5349)
Itkowitz & Harwood
305 Broadway, 7th Floor
New York, New York  10007
(646) 822-1801
Facsimile (212) 822-1402

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UBS REAL ESTATE SECURITIES, INC.,

Case No. 07-CV-3700 (SAS)

Plaintiff,

-against-

**DEFENDANT'S FIRST
REQUEST FOR THE
PRODUCTION OF
DOCUMENTS TO
PLAINTIFF**

COUNTY TRUST MORTGAGE BANKERS
CORP.,

Defendant,

------------------------------------------------------------x

TAKE NOTICE that Defendant, COUNTY TRUST MORTGAGE

BANKERS CORP., hereby requests, pursuant to Fed. R. Civ. P. § 33, that Plaintiff

answers in writing the following interrogatories within thirty (30) days of the date hereof.

**DEFINITIONS AND INSTRUCTIONS**

1.      The terms "communication," "document," "identify," "parties,"

"person," and "concerning" shall have the meanings set forth in Local Civil Rule 26.3(c).

The rules of construction set forth in Local Civil Rule 26.3 (d) apply to this request.

2.      "Plaintiff" means plaintiff UBS REAL ESTATE SECURITIES,

INC., individually and jointly, their agents and attorneys.

3.      "UBS" means plaintiff UBS REAL ESTATE SECURITIES, INC.

4.      "Defendant" means defendant COUNTY TRUST MORTGAGE
BANKERS CORP.

5.      "County Trust" means COUNTY TRUST MORTGAGE
BANKERS CORP.

6.      "Purchase Agreement" means Master Mortgage Loan Sale
Agreement dated as of January 30, 2005, entered into by UBS and County Trust.

7.      "Written Notices" means notices of Early Payment Default Loans
given by UBS to County Trust, from June 2006 to March 2007.

8.      "Complaint" means the Complaint served by Plaintiff in this
action.

9.      Documents attached to each other contained in a file, folder, or
similar binder should not be separated and should be produced as so attached, contained,
or bound.

10.     If any documents responsive to these requests are withheld on the
grounds of attorney-client privilege, attorney work product, material prepared for
litigation, or other judicially recognized privileges, furnish a list at the time of the
production of these documents which includes (i) the title of the document; (ii) the
subject matter of the document; (iii) the author and recipient of the document; (iv) the
nature of the privilege which is claimed.

11.     This request is intended to be continuing in nature, and should be
supplemented in the event that the party served obtains additional responsive documents
after the time of initial production.

## DOCUMENT REQUESTS

1.    A copy of the Purchase Agreement referred to in paragraph "6" of the Complaint.

2.    A copy of the Written Notices of Early Payment Default Loans and alleged exercise of UBS' option to require Country Trust to repurchase Early Payment Default Loans, referenced in paragraph "11" of the Complaint.

3.    Copies of any and all loan, payment, and default documents concerning the nine (9) loans referenced in Exhibit "A" of the Complaint, including:

| Borrower Name | UBS Loan ID |
|---|---|
| Zabroske, Benjamin A. | 777021609 |
| Upegui, Carlos | 777014714 |
| Carrillo, Margot | 777013706 |
| Morris, Wilbert | 334582213 |
| Gomez, Martha | 777015028 |
| Gonzalez, Tomasa V. | 777017296 |
| Gomez, Beatriz | 777024533 |
| Farray, Ralmundo | 335338992 |
| Semaan, Pedro | 335338990 |

4.    Copies of any and all documents evidencing UBS' mitigation of its alleged losses, if any.


Dated: New York, New York
        September 20, 2007

                                ITKOWITZ & HARWOOD
                                Attorneys for Defendant
                                COUNTY TRUST MORTGAGE
                                BANKERS CORP.

                By:     _____
                        Jay B. Itkowitz (JBI-5349)
                        305 Broadway, Seventh Floor
                        New York, New York 10007
                        (646) 822-1801

TO:    MILLER & WRUBEL, P.C.
       Attorneys for Plaintiff
       UBS REAL ESTATE SECURITIES,
       INC.
       Joel M. Miller
       Charles R. Jacob, III
       Jeremy M. Sher
       250 Park Avenue
       New York, New York 10177
       (212) 336-3500

60654 00021905

CASE NUMBER:      07-CV-3700 (SAS)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X
UBS REAL ESTATE SECURITIES, INC.,

                          Plaintiff,

          -against-

COUNTY TRUST MORTGAGE BANKERS CORP.,

                          Defendant.
-------------------------------------------------------------------------------X

---

## DEFENDANT'S FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS TO PLAINTIFF

---

# ITKOWITZ & HARWOOD
Attorneys for Defendant
County Trust Mortgage Bankers Corp.,
Office and Post Office Address
305 Broadway
Seventh Floor
New York, New York 10007
(212) 822-1400