60654 00021958

Jay B. Itkowitz (JBI-5349)
Itkowitz & Harwood
305 Broadway, 7th Floor
New York, New York  10007
(646) 822-1801
Facsimile (212) 822-1402

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UBS REAL ESTATE SECURITIES, INC.,

                                                   Case No.
                                                   07-CV-3700 (SAS)

           Plaintiff,

   -against-                                  **JURY DEMAND**

COUNTY TRUST MORTGAGE BANKERS
CORP.,

                        Defendant,
------------------------------------x

      Pursuant to Rule 38 of the Federal Rules of Civil Procedure, defendant COUNTY TRUST MORTGAGE BANKERS CORP., demands a trial by jury of any issue triable of right by a jury.

Dated:   New York, New York
         September 27, 2007

                                    ITKOWITZ & HARWOOD
                                    Attorneys for Defendant
                                    COUNTY TRUST MORTGAGE
                                    BANKERS CORP.

                    By:   _____
                                  Jay B. Itkowitz (JBI-5349)
                                  305 Broadway, Seventh Floor
                                  New York, New York 10007
                                  (646) 822-1801

TO: MILLER & WRUBEL, P.C.
Attorneys for Plaintiff
UBS REAL ESTATE SECURITIES, INC.
Joel M. Miller
Charles R. Jacob, III
Jeremy M. Sher
250 Park Avenue
New York, New York 10177
(212) 336-3500

60654

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
UBS REAL ESTATE SECURITIES, INC.,    CASE NO.
                                     07-CV-3700
           Plaintiff,                (SAS)

-against-

COUNTY TRUST MORTGAGE BANKERS CORP., ,

           Defendant.
------------------------------------------------------------------------X

## JURY DEMAND

## ITKOWITZ & HARWOOD
Attorneys for Defendant
County Trust Mortgage Bankers Corp.,
Office and Post Office Address
305 Broadway
Seventh Floor
New York, New York 10007
(212) 822-1400