UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                    X
-----------------------------------------------------------
*UBS Real Estate*

v.

*County Trust Mortgage*
                                                 X
-----------------------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/07

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 3700 (SAS)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
     _____
     _____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

✓ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
     Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
     Particular Motion: _____
     _____
     All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
         10/24/07

_____
United States District Judge

*Gary March would be best*

*Thanks*