UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UBS REAL ESTATE SECURITIES INC., | Case No.: 07 Civ. 3700 (SAS) |
| Plaintiff, | ECF Case |
| -against- | **WITHDRAWAL OF APPLICATION FOR DEFAULT JUDGMENT** |
| COUNTY TRUST MORTGAGE BANKERS CORP., | |
| Defendant. | |

Plaintiff UBS Real Estate Securities Inc., having moved this Court for a Default Judgment against defendant County Trust Mortgage Bankers Corp. ("County Trust") in an Application for Default Judgment (the "Application") dated July 16, 2007, hereby withdraws the Application, without prejudice, due to County Trust's appearance in this action.

Dated: New York, New York
       October 31, 2007

                                        MILLER & WRUBEL P.C.

                                        By:  /s/ Jeremy M. Sher
                                             Joel M. Miller
                                             Charles R. Jacob III
                                             Jeremy M. Sher
                                             250 Park Avenue
                                             New York, New York 10177
                                             (212) 336-3500

                                             *Attorneys for Plaintiff*
                                             *UBS Real Estate Securities Inc.*