Exhibit B

| | |
|---|---|
| **From:** | Hector Chomat [hchomat@countytrust.com] |
| **Sent:** | Thursday, February 16, 2006 4:48 PM |
| **To:** | Richard.Aquilone@ubs.com |
| **Cc:** | William.Whitehouse@ubs.com; john.laianas@ubs.com |
| **Subject:** | FW: County Trust |
| **Attachments:** | UBS Repurchase Request - County Trust; UBS Repurchase Request - County Trust; UBS Repurchase Request - County Trust Mortgage Bankers Corp.; disclaim.txt |

Hi Rich:

I am following up with regards to the two items that we talked about last Friday and nothing has been done. The pending items are as follows:

1. The scratch and dent price for current performing files sitting with Will Whitehouse were UBS is asking us to repurchase. As you may remember you were going to quote us a price that it probably was going to be close to the premiums paid by UBS to County Trust and that most likely County Trust would be refunding these SRP back to UBS. As you may know this not productive for neither you nor us and both Will Whitehouse and ourselves at County Trust would like to move to more productive issues than having to deal with repurchases of performing files.

2. What is going on with our pending volume incentive? When is that going to happen? As per our conversation the pending sum from UBS to County Trust is $108,341

3. Would you be available to meet next Thursday February 23 at your office 11:00AM?

Take care and hopefully you are having a terrific month

Hector Chomat
President
County Trust Mortgage Bankers
11430 N. Kendall Dr. Suite 300
Miami, FL. 33176

Office: 305-279-4445
Fax: 305-598-1265
email: hchomat@countytrust.com
website: www.countytrust.com

---

**From:** William.Whitehouse@ubs.com [mailto:William.Whitehouse@ubs.com]
**Sent:** Tuesday, February 07, 2006 12:16 PM
**To:** hchomat@countytrust.com
**Subject:** County Trust

Hello
Have you had a chance to make a decision on these claims? Please let me know if you need additional data.

| From: | DJohnston@MISSIONCAP.com |
|---|---|
| Sent: | Tuesday, December 20, 2005 3:36 PM |
| To: | cheryl.powell@countytrust.com; Hector Chomat |
| Cc: | ARodriguez@missioncap.com |
| Subject: | UBS Repurchase Request - County Trust |
| Attachments: | Calderin 777006746.pdf |

Please advise if this request should be directed to someone else within your company.

We are advising you of a Mortgage Loan purchased 08/10/2005 by UBS Real Estate Securities Inc. (the "purchaser") from County Trust Mortgage Corp (the "Seller"), under the Master Mortgage Agreement for Web Loan by Loan Conduit for early payment defaults based on the recent delinquency reporting. We believe this Mortgage Loan qualifies for "Repurchase" treatment under the terms of the Agreement wherein the Seller represented and warranted, among other things, in Section 3.3 that at the option of Purchaser, Seller shall repurchase any Mortgage Loan sold to Purchaser for which one of the first three scheduled Monthly Payments due to the Purchaser becomes delinquent (each, a "Delinquent Loan") or, provided that, in lieu of repurchase of a Delinquent Loan by Seller at Purchaser's request, Purchaser and Seller may mutually agree upon terms with regard to the indemnification of Purchaser by Seller for any and all costs, expenses, losses, etc. relating to a Delinquent Loan or Purchaser and Seller may agree to a substitution of another Mortgage Loan for any Delinquent Loan. Any such substituted Mortgage Loan will be subject to Purchaser acceptability. Such repurchase will be made at the Repurchase Price.

Unless you have supporting evidence to prove the delinquency reporting is erroneous, under the terms of this Agreement, this loan must be promptly repurchased by Seller.

Mission Capital Advisors have been engaged by UBS to process repurchase issues such as this.

If you should have any questions, feel free to contact me at 512-327-0101 extension 22.

| Originator | Seller # | ClientLn# | Svc | SvcLn# | Borrower | Purchase Date | Pmt String-12 | 1st pmt date - Client | EPD Expiration Date |
|---|---|---|---|---|---|---|---|---|---|
| COU | 86322 | 777006746 | GMAC Mortgage | 360003545 | BEATRIZ CALDERIN | 8/10/2005 | XXXXXXXC1XXX | 9/1/2005 | 11/1/2005 |

**Debbie Johnston**
*Mission Capital Advisors, LLC*
1120 S. Capital of Texas Highway
Bldg 3, Suite 150
Austin, TX 78746
Tel: 512-327-0101 ext 22
Fax: 512-532-6621
Email: djohnston@missioncap.com

*This communication may contain privileged and/or confidential information. It is intended solely for the use of the addressee. If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing or using any of this information. If you received this communication in error, please contact the sender immediately and destroy the material in its entirety, whether electronic or hard copy. You may not directly or indirectly reuse or re-disclose such information for any purpose other than for the purpose for which you are receiving the information.*

```
11/21/2005 09:17 FAX 813192365894      LOAN AUDIT                                    ☑001
```

Post-it® Fax Note  7671  | Date 11/21 | # of pages ► 27
To Anna              | From Janet
Co./Dept.            | Co. Gmram
Phone #              | Phone #
Fax # 512-532-1621   | Fax #

```
GMAC Mortgage Corporation
PO Box 780

Waterloo            IA 50704-0780
                                              HISTO6

-------- MAIL -------------------- -------- PROPERTY -----------------

    BEATRIZ CALDERIN

    6512 SOUTHWEST 113 CT              1250 SOUTH MIAMI AVENUE #1708

    MIAMI          FL 33173      MIAMI              FL 33130-0000

------ DATES ------   ---- CURRENT BALANCES -----   ------- UNCOLLECTED -------
PAID TO    11/01/05   PRINCIPAL       359650.00   LATE CHARGES          0.00
NEXT DUE   12/01/05   ESCROW               0.00   OPTIONAL INS          0.00
LAST PMT   11/07/05   UNAPPLIED FUND       0.00   INTEREST              0.00
AUDIT DT   08/12/05   UNAPPLIED CODES            FEES                  0.00
                      BUYDOWN    FUND      0.00   ------ YEAR TO DATE -------
    LAST ACTIVITY     BUYDOWN    CODE            INTEREST           4832.79
    11/07/05                                     TAXES                 0.00

-------------------------------------------------------------------------------
POST   TRN   DUE    TRANSACTION     PRINCIPAL      INTEREST       ESCROW
DATE   CDE   DATE     AMOUNT          PAID           PAID          PAID
------ ---  ------  -----------   -----------   -----------   -----------
081205 CLS  080105  T:09990  O/B 000359650.00 P/B 000359650.00 08/01/05
081205 CBR  080105  T:00000  PURCHASED:60 DAYS:SERVICE DT =   08/12/05
081505 D19  080105           6021-S&A-CORRESPONDENT WELCOME W/PRIVACY   TXT 8.06
081505 D28  000000           MANUAL BILLING STATEMENT FROM REPORT R628   STD FORM
090605 DM   000000  T:00000     26:00:00
                             EARLY IND: SCORE 000 MODEL EI16N
090705 DMD  000000  T:22222     26:00:00
                             00/00/00 00:00:00
090705 DMD  000000  T:22222     26:00:00
                             00/00/00 00:00:00
090705 DMD  000000  T:22222     26:00:00
                             00/00/00 00:00:00
090805 DMD  000000  T:22222     26:00:00
                             09/08/05 08:17:18 HANGUP IN Q
090805 DMD  000000  T:22222     26:00:00
                             00/00/00 00:00:00
090905 DMD  000000  T:22222     26:00:00
                             09/09/05 10:29:18 NO ANS
090905 DMD  000000  T:22222     26:00:00
                             00/00/00 00:00:00
090905 DMD  000000  T:22222     26:00:00
                             00/00/00 00:00:00
091205 DM   000000  T:12344     11:30:00
                             ACTION/RESULT CD CHANGED FROM     TO BRSS
                             DFLT REASON 1 CHANGED TO: OTHER
091205 DM   000000  T:12344     11:30:00 SPOKE TO: MR    , ATTITUDE: COOPERATIVE
                             B1 CLD SD WILL SEND PMT TODAY RCD M/77275

ALL ACQ 1712
```

11/21/2005 09:17 FAI 913192365894          LOAN AUDIT                                    @002

HISTORY FOR ACCOUNT   360003545

                                                    PAGE      2
                                                    DATE 11/21/05

          --------- MAIL -------------------- --------- PROPERTY ----------------

      BEATRIZ CALDERIN

      6512 SOUTHWEST 113 CT                 1250 SOUTH MIAMI AVENUE #1708

      MIAMI                FL 33173    MIAMI                    FL 33130-0000

------------------------------------------------------------------------------------

| POST DATE | TRN CDE | DUE DATE | TRANSACTION AMOUNT | PRINCIPAL PAID | INTEREST PAID | ESCROW PAID |
|---|---|---|---|---|---|---|
| 091205 | CIT | 000000 | T:01385 | an ach enrollment form to the cust in spanish | | |
| 091205 | CIT | 000000 | T:01385 | 001 new cit 188 - rcvd rqst from cust care to send | | |
| 091205 | CIT | 000000 | T:01385 | 001 closing cit 188 - sending spanish ach form | | |
| | | | | TSK TYP 188-SPANISH TRANSLA | | |
| 091205 | CIT | 000000 | T:01385 | 001 DONE 09/12/05 BY TLR 01385 | | |
| 091205 | DMD | 000000 | T:22222 | 26:00:00 | | |
| 091205 | DMD | 000000 | T:22222 | 09/09/05 10:29:18 NO ANS | | |
| | | | | 26:00:00 | | |
| 091205 | DMD | 000000 | T:22222 | 00/00/00 00:00:00 | | |
| | | | | 26:00:00 | | |
| 091205 | DM | 000000 | T:00000 | 00/00/00 00:00:00 | | |
| | | | | 26:00:00 | | |
| 091305 | NT | 000000 | T:28723 | PROMISE BROKEN 09/12/05 PROMISE DT 09/12/05 | | |
| 091605 | DM | 000000 | T:01601 | Updated occupancy due to address change. | | |
| | | | | 15:56:00 | | |
| 091605 | DM | 000000 | T:01601 | ACTION/RESULT CD CHANGED FROM        TO NOTE | | |
| | | | | 15:56:00 | | |
| 091605 | DMD | 000000 | T:22222 | SYSTEM CLEANUP | | |
| | | | | 26:00:00 | | |
| 091605 | DMD | 000000 | T:22222 | 09/16/05 11:21:09 HANGUP IN Q | | |
| | | | | 26:00:00 | | |
| 091605 | DMD | 000000 | T:22222 | 09/16/05 16:26:27 HANGUP IN Q | | |
| | | | | 26:00:00 | | |
| 091605 | CBR | 080105 | T:00000 | 00/00/00 00:00:00 | | |
| 091905 | DMD | 000000 | T:22222 | PURCHASED<60 DAYS:SERVICE DT =    08/12/05 | | |
| | | | | 26:00:00 | | |
| 091905 | DMD | 000000 | T:22222 | 09/16/05 11:21:09 HANGUP IN Q | | |
| | | | | 26:00:00 | | |
| 091905 | DMD | 000000 | T:22222 | 09/16/05 16:26:27 HANGUP IN Q | | |
| | | | | 26:00:00 | | |
| 092005 | D28 | 000000 | | 09/19/05 12:14:56 BUSY | | |
| 092005 | DMD | 000000 | T:22222 | FORCED BILLING STATEMENT FROM REPORT R628   STD FORM | | |
| | | | | 26:00:00 | | |
| 092005 | DMD | 000000 | T:22222 | 09/20/05 13:57:57 NO ANS | | |
| | | | | 26:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |

ALL ACQ 1712

```
11/21/2005 09:17 FAX 913192365894        LOAN AUDIT                              003
```

HISTORY FOR ACCOUNT    160003545                                    PAGE      3
                                                                    DATE 11/21/05

--------- MAIL -------------------- --------- PROPERTY ----------------

BEATRIZ CALDERIN

6512 SOUTHWEST 113 CT                 1250 SOUTH MIAMI AVENUE #1708

MIAMI              FL 33173.     MIAMI              FL 33130-0000

| POST DATE | TRN CDE | DUE DATE | TRANSACTION AMOUNT | PRINCIPAL PAID | INTEREST PAID | ESCROW PAID |
|---|---|---|---|---|---|---|
| 092005 | DMD | 000000 | T:22222 | 26:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 092105 | DMD | 000000 | T:22222 | 26:00:00 | | |
| | | | | 09/21/05 12:35:11 HANGUP IN Q | | |
| 092105 | DMD | 000000 | T:22222 | 26:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 092105 | DMD | 000000 | T:22222 | 26:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 092205 | NT | 000000 | T:01663 | LOADED CONTRACT PER NOTE | | |
| 092205 | DMD | 000000 | T:22222 | 26:00:00 | | |
| | | | | 09/22/05 15:27:00 LEFT MSG | | |
| 092205 | DMD | 000000 | T:22222 | 26:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 092205 | DMD | 000000 | T:22222 | 26:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 092305 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 09/23/05 12:22:48 MSG ANS MACH | | |
| 092305 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 092305 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 092605 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 09/26/05 14:40:43 MSG ANS MACH | | |
| 092605 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 092605 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 092705 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 09/27/05 08:45:51 HANGUP IN Q | | |
| 092705 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 092705 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 092805 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 09/28/05 11:42:20 HANGUP IN Q | | |
| 092805 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 092805 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |

ALL ACQ 1712

11/21/2005 09:18 FAX 813192365894          LOAN AUDIT                        ☒004

HISTORY FOR ACCOUNT   360003545                              PAGE      4
                                                             DATE 11/21/05


-------- MAIL --------------------- -------- PROPERTY ---------------

BEATRIZ CALDERIN

6512 SOUTHWEST 113 CT              1250 SOUTH MIAMI AVENUE #1708

MIAMI              FL 33173    MIAMI              FL 33130-0000

-------------------------------------------------------------------------

| POST DATE | TRN CDE | DUE DATE | TRANSACTION AMOUNT | PRINCIPAL PAID | INTEREST PAID | ESCROW PAID |
|-----------|---------|----------|--------------------|----------------|---------------|-------------|
| 092905 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | 09/29/05 12:14:47 NO ANS | | | |
| 092905 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | 00/00/00 00:00:00 | | | |
| 092905 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | 00/00/00 00:00:00 | | | |
| 093005 | DM | 000000 | T:12378 | 11:20:00 | | |
| | | | ACTION/RESULT CD CHANGED FROM     TO CAAI | | | |
| | | | THE ACCT | | | |
| 093005 | DM | 000000 | T:12378 | 11:20:00 | | |
| | | | DISCUSS THE ACCT W/HIM SINCE HIS NAME IS NOT ON | | | |
| 093005 | DM | 000000 | T:12378 | 11:20:00 | | |
| | | | NOT AUTH 3P CI, ADV MR TO LET HO C/B BEC I CAN NOT | | | |
| 093005 | FM | | UNAP FUNDS | CODE-1  , | TO | T: 25041 |
| 093005 | FM | | UNAP FUNDS | CODE-1  . | TO | T: 25041 |
| | | | Supervisor. Tiffanyj4050. | | | |
| | | | acct. Not authorized. Demanded to speak to | | | |
| 093005 | CIT | 000000 | T:12587 | 002 New cit 250 3rdp wanted to obtain info on this | | |
| 093005 | NT | 000000 | T:01507 | debw/7582 | | |
| | | | information.   This was an elevated call. | | | |
| | | | the account that i can only provide limited | | | |
| | | | website. i advised him since his name is not on | | | |
| | | | charge.  advsd him how to make the payment on the | | | |
| | | | by phone option, he wanted something free of | | | |
| | | | loan but rather wants to make a payment.  gave pay | | | |
| | | | with the 3rd party, he does not want to payoff the | | | |
| | | | it does not show on the records.  after clarifying | | | |
| 093005 | NT | 000000 | T:01507 | 3rd party son called, wanted to payoff the loan so | | |
| 093005 | CIT | 000000 | T:01507 | 002 CLOSING CIT #250 see notes. | | |
| | | | TSK TYP 250-TEAM LEAD ONLY: | | | |
| 093005 | CIT | 000000 | T:01507 | 002 DONE 09/30/05 BY TLR 01507 | | |
| 093005 | DMD | 000000 | T:22232 | 50:00:00 | | |
| | | | 09/30/05 09:37:19 LEFT MSG | | | |
| 093005 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | 00/00/00 00:00:00 | | | |
| 093005 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | 00/00/00 00:00:00 | | | |

ALL ACQ 1712

11/21/2005 09:18 FAX 913192385894          LOAN AUDIT                          @005

HISTORY FOR ACCOUNT   360003545                              PAGE      5
                                                             DATE 11/21/05

-------- MAIL -------------------- --------- PROPERTY ----------------

BEATRIZ CALDERIN

6512 SOUTHWEST 113 CT                 1250 SOUTH MIAMI AVENUE #1708

MIAMI                  FL 33173     MIAMI              FL 33130-0000

| POST DATE | TRN CDE | DUE DATE | TRANSACTION AMOUNT | PRINCIPAL PAID | INTEREST PAID | ESCROW PAID |
|---|---|---|---|---|---|---|
| 100305 | FM | | UNAP FUNDS CODE-1 . | | TO | T: 25004 |
| 100305 | DM | 000000 | T:00000 | 50:00:00 | | |
| | | | EARLY IND: SCORE 000 MODEL EI16N | | | |
| 100405 | FM | | UNAP FUNDS CODE-1 . | | TO | T: 25042 |
| 100405 | DM | 000000 | T:12409 | 10:05:00 | | |
| | | | ACTION/RESULT CD CHANGED FROM    TO OAAI | | | |
| | | | DIDNT DISCLOSE INFO REG THE LOAN. | | | |
| 100405 | DM | 000000 | T:12409 | 10:05:00 | | |
| | | | 3P MR SON OF HO CI ASKNG FOR TAD XFRRED TO VRU. | | | |
| 100405 | FM | | UNAP FUNDS CODE-1 . | | TO | T: 25043 |
| 100405 | FM | | UNAP FUNDS CODE-1 . | | TO | T: 25001 |
| 100405 | DM | 000000 | T:12365 | 10:12:00 | | |
| | | | ACTION/RESULT CD CHANGED FROM OAAI TO OAAI | | | |
| | | | SENDING BACK, HO IS OUT OF THE COUNTRY. | | | |
| | | | OUT TO HAVE HO TO FILL OUT AND NOTARIZE BEFORE | | | |
| | | | CANNOT GIVE OTHER INFO BUT WILL SEND AUTH LETTER | | | |
| 100405 | DM | 000000 | T:12365 | 10:12:00 | | |
| | | | 3P SON CALLED WOULD LIKE TO PAY ONLINE. ADVSD | | | |
| 100405 | OL | 080105 | T:12365 | WDOYCUS - RELEASE OF INFO COVER LTR & AU   TXT 2.68 | | |
| | | | Letter: 2.68 | | | |
| 100405 | NT | 000000 | T:12365 | Letter mailed to customer. | | |
| 100405 | OL | 080105 | T:07943 | WDOYCSH - MISCELLANEOUS RETURN            TXT 7.13 | | |
| | | | delinquency. | | | |
| 100405 | NT | 000000 | T:07943 | Cannot setup ach. This loan is reporting | | |
| 100405 | AP | 090105 | 1610.93 | .00 | 1610.93 | .00 |
| 100405 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | 10/04/05 10:00:42 HANGUP IN Q | | | |
| 100405 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | 00/00/00 00:00:00 | | | |
| 100405 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | 00/00/00 00:00:00 | | | |
| 100405 | DM | 000000 | T:00000 | 50:00:00 | | |
| | | | EARLY IND: SCORE 395 MODEL EI30N | | | |
| 100505 | D19 | 090105 | CUS-WELCOME ONLINE PYMT SERVICE-MONTHLY   TXT 8.07 | | | |
| 100505 | D28 | 000000 | BILLING STATEMENT FROM REPORT R628   STD FORM | | | |
| 100505 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | 10/05/05 08:56:56 INCOMPLETE | | | |

ALL ACQ 1712

11/21/2005 09:18 FAX 913192365894          LOAN AUDIT                              ☒008

HISTORY FOR ACCOUNT   360003545                              PAGE      6
                                                             DATE 11/21/05

      --------- MAIL --------------------- --------- PROPERTY ----------------

      BEATRIZ CALDERIN

      6512 SOUTHWEST 113 CT                  1250 SOUTH MIAMI AVENUE #1708

      MIAMI              FL 33173   MIAMI              FL 33130-0000

--------------------------------------------------------------------------
POST   TRN  DUE    TRANSACTION      PRINCIPAL      INTEREST      ESCROW
DATE   CDE  DATE   AMOUNT           PAID           PAID          PAID
------ ---  ------ --------------- -------------- ------------- -------------
100505 DMD 000000    T:22222   50:00:00
                              10/05/05 13:06:49  MSG ANS MACH
100505 DMD 000000    T:22222   50:00:00
                              00/00/00 00:00:00
100605 AP  100105       1610.93        .00        1610.93          .00
100605 DMD 000000    T:22222   50:00:00
                              10/06/05 12:14:22  MSG ANS MACH
100605 DMD 000000    T:22222   50:00:00
                              00/00/00 00:00:00
100605 DND 000000    T:22222   50:00:00
                              00/00/00 00:00:00
100605 DM  000000    T:00000   50:00:00
                              EARLY IND: SCORE 006 MODEL BI16N
100605 DM  000000    T:00000   50:00:00
                              EARLY IND: SCORE 006 MODEL BI16N
101405 CBR 100105    T:00000. PURCHASED<60 DAYS:SERVICE DT =   08/12/05
101405 CBR 100105    T:00000  DELINQUENT:    30 DAYS
110705 AP  110105       1610.93        .00        1610.93          .00
110705 DM  000000    T:00000   50:00:00
                              EARLY IND: SCORE 011 MODEL BI16N
110805 D28 000000             BILLING STATEMENT FROM REPORT R628  STD FORM
111805 CBR 110105    T:00000  PURCHASED<60 DAYS:SERVICE DT =   08/12/05
111805 CBR 110105    T:00000  PREVIOUSLY REPORTED DELINQUENT:NOW CURRENT


END OF HISTORY

ALL ACQ 1712

From:       DJohnston@MISSIONCAP.com
Sent:       Thursday, December 29, 2005 4:23 PM
To:         cheryl.powell@countytrust.com; Hector Chomat
Cc:         ARodriguez@missioncap.com
Subject:    UBS Repurchase Request - County Trust
Attachments: Ramirez 777005962 - 360003728.pdf; Silva 777007138 - 360003796.pdf

Please advise if this should be directed to someone else within your company.

We are advising you of two Mortgage Loans purchased by UBS Real Estate Securities Inc. (the "purchaser") from County Trust Mortgage Bankers Corp (the "Seller"), under the Master Mortgage Agreement for Web Loan by Loan Conduit for early payment defaults based on the recent delinquency reporting. We believe these Mortgage Loans qualify for "Repurchase" treatment under the terms of the Agreement wherein the Seller represented and warranted, among other things, in Section 3.3 that at the option of Purchaser, Seller shall repurchase any Mortgage Loan sold to Purchaser for which one of the first three scheduled Monthly Payments due to the Purchaser becomes delinquent (each, a "Delinquent Loan") or, provided that, in lieu of repurchase of a Delinquent Loan by Seller at Purchaser's request, Purchaser and Seller may mutually agree upon terms with regard to the indemnification of Purchaser by Seller for any and all costs, expenses, losses, etc. relating to a Delinquent Loan or Purchaser and Seller may agree to a substitution of another Mortgage Loan for any Delinquent Loan. Any such substituted Mortgage Loan will be subject to Purchaser acceptability. Such repurchase will be made at the Repurchase Price.

Unless you have supporting evidence to prove the delinquency reporting is erroneous, under the terms of this Agreement, this loan must be promptly repurchased by Seller.

Mission Capital Advisors have been engaged by UBS to process repurchase issues such as this.

If you should have any questions, feel free to contact me at 512-327-0101 extension 22.

| Originator | Seller # | ClientLn# | Svc | SvcLn# | Borrower | Purchase Date | Pml String-12 | 1st pmt date - Client | EPD Expiration Date |
|---|---|---|---|---|---|---|---|---|---|
| County Trust | 86105 | 777005962 | GMAC Mortgage | 360003728 | RAMIREZ, JORGE | 8/16/2005 | XXXXXXXXC1CC | 9/1/2005 | 12/1/2005 |
| County Trust | 86419 | 777007138 | GMAC Mortgage | 360003796 | SILVA, OSCAR | 8/25/2005 | XXXXXXXXC11X | 9/1/2005 | 12/1/2005 |

*Debbie Johnston*
*Mission Capital Advisors, LLC*
1120 S. Capital of Texas Highway
Bldg 3, Suite 150
Austin, TX 78746
Tel: 512-327-0101 ext 22
Fax: 512-532-6621
*Email: djohnston@missioncap.com*

*This communication may contain privileged and/or confidential information. It is intended solely for the use of the addressee. If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing or using any of this information. If you received this communication in error, please contact the sender immediately and destroy the material in its entirety, whether electronic or hard copy. You may not directly or indirectly reuse or re-disclose such information for any purpose other than for the purpose for which you are receiving the information.*

GMAC Mortgage Corporation.                                    PAGE      1
PO Box 780                                                    DATE 12/27/05

Waterloo              IA 50704-0780

                                    HISTORY FOR ACCOUNT  340003728

---------- MAIL ------------------------- PROPERTY ..................  77600S963

     JORGE RAMIREZ
     REBECCA TORRADO
     2060 SE 14TH STREET              2060 SE 14TH STREET

     HOMESTEAD          FL 33035      HOMESTEAD          FL 33030-0000

------ DATES ------   ---- CURRENT BALANCES ------   ------- UNCOLLECTED -------
PAID TO    12/01/05   PRINCIPAL       152305.46   LATE CHARGES      -152.88
NEXT DUE   01/01/06   ESCROW            3693.52   OPTIONAL INS         0.00
LAST PMT   12/20/05   UNAPPLIED FUND       0.00   INTEREST             0.00
AUDIT ST   08/19/05   UNAPPLIED CODES              FEES               -15.00
                      BUYDOWN   FUND       0.00   ------ YEAR TO DATE -------
     LAST ACTIVITY    BUYDOWN   CODE             INTEREST           7669.88
        12/21/05                                 TAXES               893.12

POST    TRN   DUE     TRANSACTION     PRINCIPAL    INTEREST      ESCROW
DATE    CDE   DATE    AMOUNT          PAID         PAID          PAID
------  ---  ------   -----------     ---------    --------      ------
081805 CLS 090105     T:99999  O/B 90915:280.00 P/B 000:90693.20 08/03/05
081905 SR  090105          2066.69         .00          .00         2066.69
082205 J19 090105          6021-9&A-CORRESPONDENT WELCOME W/PRIVACY  TXT 8.06
082205 D28 000000          MANUAL BILLING STATEMENT FROM REPORT R628  STD FORM
090205 B28 000000          BILLING STATEMENT FROM REPORT R628  STD FORM
091605 GER 090105     T:00000 PURCHASED<60 DAYS:SERVICE DT =  08/19/05
100505 DMD 000000     T:22222    50:00:00
                               10/05/05 14:30:17  MSG ANS MACH
100505 DMD 000000     T:22222    50:00:00
                               00/00/00 00:00:00
100505 DMD 000000     T:22222    50:00:00
                               00/00/00 00:00:00
100605 BM  000000     T:00000    50:00:00 .
                               EARLY IND: SCORE 000 MODEL EY16N
100605 DM  000000     T:00000    50:00:00
                               EARLY IND: SCORE 000 MODEL EY16N
101405 GER 090105     T:00000 PURCHASED<60 DAYS:SERVICE DT =  08/19/05
101705 DMD 000000     T:22222    50:00:00
                               10/15/05 08:14:47  MSG ANS MACH
101705 DMD 000000     T:22222    50:00:00
                               00/00/00 00:00:00
101705 DMD 000000     T:22222    50:00:00
                               00/00/00 00:00:00
101905 D28 000000          BILLING STATEMENT FROM REPORT R628  STD FORM
102005 DMD 000000     T:22222    50:00:00
                               10/20/05 14:23:44  4
102005 DMD 000000     T:22222    50:00:00
                               00/00/00 00:00:00

ALL ACO 1712

```
HISTORY FOR ACCOUNT   360003728                        PAGE      2
                                                       DATE 12/27/05


--------- MAIL -------------------- --------- PROPERTY --------------------

JORGE RAMIREZ
REBECCA TORRADO
2060 SE 14TH STREET                    2060 SE 14TH STREET

HOMESTEAD          FL 33035    HOMESTEAD          FL 33030-0000


------------------------------------------------------------------------
POST   TRN  DUE    TRANSACTION    PRINCIPAL      INTEREST        ESCROW
DATE   CDE  DATE    AMOUNT          PAID           PAID          PAID
------------------------------------------------------------------------
102005 DMD 000000  T:22222     50:00:00
                                .00/00/00 00:00:00
102705 DMD 000000  T:22222     50:00:00
                                10/27/05 14:34:57 NO CIRCUIT
102705 DMD 000000  T:22222     50:00:00
                                00/00/00 00:00:00
102705 DMD 000000  T:22222     50:00:00
                                00/00/00 00:00:00
103105 PT  090105           -2866.69         .00          .00      -2866.69
103105 ITR 090105  OLD INV 41135    28 P-BAL    152693.30 INT           .00
                   NEW INV 41346    35  PERCENT OWNED   .0000  ACTION CD 000
103105 PT  090105           2866.69           .00          .00      2866.69
110305 DM  000000  T:00000     50:00:00
                    EARLY IND: SCORE 396 MODEL E130N
110405 DM  000000  T:00000     50:00:00
                    EARLY IND: SCORE 396 MODEL E130N
110705 PT  090105           -2866.69          .00          .00     -2866.69
110705 ITR 090105  OLD INV 41346    35 P-BAL    152693.30 INT           .00
                   NEW INV 41135    31  PERCENT OWNED   .0000  ACTION CD 000
110705 PT  090105           2866.69           .00          .00      2866.69
111105 D19 090105           DEF - OPTIONS TO AVOID FORECLOSURE        TXT 8.05
111105 E90 090105   -893.19  PAYEE = 0013,00000          .00       -893.19
111105 D19 090105   BREACH JORGE RAMIREZ                              TXT 8.05
111505 FSW 090105  T:00000  INSP TYPE D ORDERED;    REQ CD =AUTO DELQ
111605 DMD 000000  T:22222     50:00:00
                    11/16/05 09:30:32 INCOMPLETE
111605 DMD 000000  T:22222     50:00:00
                    00/00/00 00:00:00
111605 DMD 000000  T:22222     50:00:00
                    00/00/00 00:00:00
111805 CBR 090105  T:00000  PURCHASED=60 DAYS=SERVICE DT =   06/19/05
111805 CBR 090105  T:00000  DELINQUENT:   30 DAYS
112105 D28 000000           BILLING STATEMENT FROM REPORT R528   STD FORM
112305 DMD 000000  T:22222     50:00:00
                    11/23/05 11:03:30 INCOMPLETE
112305 DMD 000000  T:22222     50:00:00
                    00/00/00 00:00:00


ALL ACQ 1712
```

```
HISTORY FOR ACCOUNT   360003728                            PAGE      3
                                                           DATE 12/27/05


------------ MAIL -------------------- --------- PROPERTY ----------------

    JORGE RAMIREZ
    REBECCA TORRADO
    2060 SE 14TH STREET                    2060 SE 14TH STREET

    HOMESTEAD          FL 33035          HOMESTEAD        FL 33030-0060

---------------------------------------------------------------------------
POST   TRN  DUE    TRANSACTION     PRINCIPAL      INTEREST       ESCROW
DATE   CDE  DATE     AMOUNT          PAID           PAID          PAID
------ ---- ------ -----------    ---------      --------       -------
112305 DMD 000000   T:22222     .50:00:00
                                00/00/00 00:00:00
112405 PSV 000000   T:00000   INSP TP D RESULTS RCVD;  ORD DT=11/15/05
112405 FB  000105            15.00  11 PROP INSPECTION FEE
                              arrangements.Anna 0/4078.
112905 NT  000000   T:12190   transfered b2 to loss mit disaster to setup pmt
                              prevent going to f/c.
                              address by prev servicer. place $25 cit to
112905 CIT 000000   T:01729   001 cust called advised we were given incorrect
112905 NT  000000   T:01729   back numbr.
                              payment to louisville lockbox. adv mrs of call
                              us or send back to her. gave her address to send
                              servicer to see if they will forward payments to
                              hold extended breach. adv mrs to call prev
                              cit to prevent from going to f/c  place credit
                              10/05 & 11/05 payment to prev servicer. placed $25
                              incorrect. corrected address. she adv she had made
                              form GMACM. checked address we had  she adv was
112905 NT  000000   T:01729   sam on loan called adv she has not recvd any corr
112905 DM  000000   T:02727   11:25:00
                              ACTION/RESULT CD CHANGED FROM      TO BRUN
                              DFLT REASON 1 CHANGED TO: CURTAILMENT OF INCOME
                              SERV AND WILL CL BK. ADV MRS WILL NOTE.
112905 DM  000000   T:02727   PRIOR SERV...MRS SD WILL GET IN CONTACT WITH PRIOR
                              11:25:00
112905 UI  100105  MRS CLD SD RFD DUE TO SHE MAILED THE PYMTS THE
                              .00        .00         .00         .00
            DFT PREMIUMS         .00  LATE CHARGE PYMT    -50.96*-
112905 RP  100105   1592.58    428.53     890.71        573.34
                              oct pmt, adz recd; rose dr 73816.
112905 NT  000000   T:06837   3p cheryl powell frm county trust mortg asked for
                              incurring late charges. robin/redun/5584
                              it was not efective-dated and is incorrectly
                              payment.  I'll also correct october's posting as
                              no credit issues regarding this mis-directed
                              this loan. At that time, I'll make sure there are
                              she will send in to my attention for posting to

ALL ACQ 1712
```

```
HISTORY FOR ACCOUNT    360063728                        PAGE       4
                                                        DATE 12/27/05


---------- MAIL ---------------------- --------- PROPERTY -----------------

JORGE RAMIREZ
REBECCA TORRADO
2060 SE 14TH STREET                     2060 SE 14TH STREET

HOMESTEAD          FL 33035       HOMESTEAD          FL 33030-0000


-------------------------------------------------------------------------
POST   TRN  DUE    TRANSACTION     PRINCIPAL     INTEREST     ESCROW
DATE   CDE  DATE     AMOUNT          PAID          PAID        PAID
-----  ---  ----   -----------    ---------     --------     ------
112905 NT  000000   T:01491     that payment from them. Once it is received back,
                                company Cenlar and are currently trying to recover
112905 NT  000000   T:01491     she confirmed they sent cust nov payment to wrong.
                                Req'd call today from cheryl at county trust mtg.
113005 NT  000000   T:01294     if any new news on pmts. greg a 4189
113005 DM  000000   T:00000     be called with elsa at county trust bankers to see
                                50:00:00
                                EARLY IND: SCORE 006 MODEL EI16N
120105 NT  000000   T:28723     Updated occupancy due to address change.
120205 DM  000000   T:00000     50:00:00
                                EARLY IND: SCORE 396 MODEL EI30N
120705 UI  110105                  .00           .00          .00          .00
                  OPT PREMIUMS                    .00    LATE CHARGE PYMT    -50.96*
120705 AF  110105     1592.58         129.28      889.96       573.34
120805 D28 000000                 BILLING STATEMENT FROM REPORT R528   STD FORM
120805 DMD 000000   T:22222     50:00:00
                                12/08/05 12:48:56 HANGUP IN Q
120805 DMD 000000   T:22222     50:00:00
                                00/00/00 08:00:00
120805 DMD 000000   T:22222     50:00:00
                                00/00/00 08:00:00
120805 DM  000000   T:00000     50:00:00
                                EARLY IND: SCORE 006 MODEL EI16N
120905 DMD 000000   T:22222     50:00:00
                                12/08/05 08:11:00 INCOMPLETE
120905 DMD 000000   T:22222     50:00:00
                                00/00/00 08:00:00
120905 DMD 000000   T:22222     50:00:00
                                00/00/00 00:00:00
121305 DMD 000000   T:22222     50:00:00
                                12/13/05 13:33:40 INCOMPLETE
121305 DMD 000000   T:22222     50:00:00
                                00/00/00 00:00:00
121305 DMD 000000   T:22222     50:00:00
                                00/00/00 00:00:00
122005 CBR 110105   T:00000     CR BUR RPT STATUS=N,EXPIRE DT = 12/31/05
122105 UI  120105                  .00           .00          .00          .00
                  OPT PREMIUMS                    .00    LATE CHARGE PYMT    -50.96*

ALL ACQ 1712
```

```
HISTORY FOR ACCOUNT   160003720                          PAGE      5
                                                         DATE 12/27/05


       --------- MAIL --------------------- ---------- PROPERTY ----/--------------

       JORGE RAMIREZ
       REBECCA TOBRADO
       2060 SE 14TH STREET                    2060 SE 14TH STREET

       HOMESTEAD            FL 33035        HOMESTEAD          FL 33030-0000

---------------------------------------------------------------------------------
POST    TRN  DUE    TRANSACTION    PRINCIPAL     INTEREST       ESCROW
DATE    CDE  DATE   AMOUNT         RATE          PAID           PAID
---------------------------------------------------------------------------------
122105 AP  120105        1592.58       130.03        889.91        573.34
122105 DMD 000000   T:22222    50:00:00
                               12/21/05 08:13:35 INCOMPLETE
122105 DMD 000000   T:22222    50:00:00
                               00/00/00 00:00:00
122105 DMD 000000   T:22222    50:00:00
                               00/00/00 00:00:00


    END OF HISTORY

    ALL ACQ 1712
```

GMAC Mortgage Corporation.                          PAGE      1
PO Box 780                                          DATE 12/27/05

Waterloo         IA 50704-0780
                                    HISTORY FOR ACCOUNT 360002796

-------- MAIL ------------------------- ---------- PROPERTY ------------

OSCAR SILVA

4150 SW 79 AVENUE #2              18683 COLLINS AVE #504

SUNNY ISLES BEACH    FL 33160-0000 SUNNY ISLES BEACH   FL 33160-0000

------ DATES ------   ---- CURRENT BALANCES ----   -------- UNCOLLECTED --------
PAID TO   11/01/05    PRINCIPAL       313360.00    LATE CHARGES        -89.76
NEXT DUE  12/01/05    ESCROW               0.00    OPTIONAL INS.         0.00
LAST PMT  12/20/05    UNAPPLIED FUND        0.00   INTEREST             0.00
AUDIT DT  08/29/05    UNAPPLIED CODES            FEES                  0.00
                      BUYDOWN FUND          0.00   ------ YEAR TO DATE ------
   LAST ACTIVITY      BUYDOWN CODE            INTEREST          3590.58
     12/21/05                                 TAXES               0.00

POST    TRN  DUE      TRANSACTION    PRINCIPAL      INTEREST     ESCROW
DATE    CDE  DATE     AMOUNT         PAID           PAID         PAID
------- ---- ------   ------------- ------------- ------------ ------------
082905 CLS 090105    T:0999B   C/B 000313360.00 P/B 000313360.00 09/01/05.
083005 D19 090105              6021-S&A-CORRESPONDENT WELCOME W/PRIVACY  TXT 8.06
083005 D28 000000              MANUAL BILLING STATEMENT FROM REPORT R628  STD FORM
090205 D28 000000              BILLING STATEMENT FROM REPORT R628   STD FORM
091605 GBR 090105    T:90000   PURCHASED<50 DAYS:SERVICE DT =  08/29/05
100405 DMD 000000    T:22222   50:00:00.
                               10/04/05 10:04:18 NO ANS
100405 DMD 000000    T:22222   50:00:00
                               00/00/00 00:00:00.
100405 DMD 000000    T:22222   50:00:00
                               00/00/00 00:00:00
100505 DMD 000000    T:22222   50:00:00
                               10/05/05 08:36:19  MSG ANS MACH
100505 DMD 000000    T:22222   50:00:00
                               10/05/05 13:02:53 HANGUP IN Q
100505 DMD 000000    T:22222   50:00:00
                               00/00/00 00:00:00
100605 DMD 000000    T:22222   50:00:00
                               10/06/05 12:17:07 NO ANS
100605 DMD 000000    T:22222   50:00:00
                               00/00/00 00:00:00
100605 DMD 000000    T:22222   50:00:00
                               00/00/00 00:00:00
100605 DM  000000    T:00000   50:00:00
                               EARLY IND: SCORE 000 MODEL EI16N
100605 DM  000000    T:00000   50:00:00
                               EARLY IND: SCORE 000 MODEL EI16N
100705 DMD 000000    T:22222   50:00:00
                               10/07/05 13:13:16 HANGUP IN Q

ALL ACQ 1712

HISTORY FOR ACCOUNT   350003796

PAGE     2
DATE 12/27/05

--------- MAIL ---------------------- --------- PROPERTY ----------------

OSCAR SILVA

4150 SW 79 AVENUE #2                    18683 COLLINS AVE #504

SUNNY ISLES BEACH    FL 33160-0000 SUNNY ISLES BEACH    FL 33160-0000

| POST DATE | TRN CDE | DUE DATE | TRANSACTION AMOUNT | PRINCIPAL PAID | INTEREST PAID | ESCROW PAID |
|---|---|---|---|---|---|---|
| 100705 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 100705 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 101005 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 10/10/05 07:51:43 | MSG ANS MACH | |
| 101005 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 101005 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 101105 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 10/11/05 09:59:27 | MSG TO VOICE | |
| 101105 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 101105 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 101205 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 10/12/05 14:19:37 | HANGUP IN Q | |
| 101205 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 101305 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 101305 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 10/13/05 11:38:29 | MSG TO VOICE | |
| 101305 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 101305 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 101405 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 10/14/05 07:49:18 | NO ANS | |
| 101405 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 10/14/05 18:41:02 | HANGUP IN Q | |
| 101405 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 101405 | CBR | 090105 | T:00000 | PURCHASED<60 DAYS:SERVICE DT = | 03/24/05 | |
| 101705 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 10/17/05 09:56:24 | MSG ANS MACH | |
| 101705 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 10/17/05 16:30:43 | MSG ANS MACH | |

ALL ACQ 1712

HISTORY FOR ACCOUNT   360003796

PAGE    3
DATE 12/27/05

-------------- MAIL --------------------- --------- PROPERTY ----------------------

OSCAR SILVA

4150 SW 79 AVENUE #2              18683 COLLINS AVE #504

SUNNY ISLES BEACH     FL 33160-0000  SUNNY ISLES BEACH     FL 33160-0000

| POST DATE | TRN CDE | DUE DATE | TRANSACTION AMOUNT | PRINCIPAL PAID | INTEREST PAID | ESCROW PAID |
|-----------|---------|----------|--------------------|----------------|----------------|-------------|
| 101705 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 101805 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 10/18/05 14:00:40 HANGUP IN Q | | |
| 101805 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 101805 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 101905 | D23 | 000000 | | BILLING STATEMENT RRGM REPORT RS28 STD FORM | | |
| 101905 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 10/18/05 17:20:14 4 | | |
| 101905 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 101905 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 102005 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 10/20/05 07:22:21 4 | | |
| 102005 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 10/20/05 13:15:15 4 | | |
| 102005 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 10/20/05 19:43:21 4 | | |
| 102105 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 10/21/05 14:28:05 LEFT MSG | | |
| 102105 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 102105 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 102605 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 10/26/05 16:52:58 FAST BSY | | |
| 102605 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 102605 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 102705 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 10/27/05 14:30:22 MSG ANS MACH | | |
| 102705 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 102705 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |

ALL ACQ 1712

```
HISTORY FOR ACCOUNT   360003796                    PAGE      4
                                                   DATE 12/27/05


--------- MAIL ---------------------- --------- PROPERTY ------------------

OSCAR SILVA

4150 SW 73 AVENUE #2              18683 COLLINS AVE #504

SUNNY ISLES BEACH   FL 33160-0000 SUNNY ISLES BEACH     FL 33160-0000

--------------------------------------------------------------------------
POST  TRN  DUE    TRANSACTION    PRINCIPAL     INTEREST      ESCROW
DATE  CDE  DATE     AMOUNT         PAID          PAID          PAID
--------------------------------------------------------------------------
102805 DMD 000000   T:22222      50:00:00
                                10/28/05 07:48:20 NO ANS
102805 DMD 000000   T:22222      50:00:00
                                10/28/05 12:51:54 HANGUP IN Q
102805 DMD 000000   T:22222      50:00:00
                                00/00/00 00:00:00
103105 DMD 000000   T:22222      50:00:00
                                10/31/05 14:45:41 NO ANS
103105 DMD 000000   T:22222      50:00:00
                                00/00/00 00:00:00
103105 DMD 000000   T:22222      50:00:00
                                00/00/00 00:00:00
110305 UI 100105                 .00          .00           .00
              OPT PREMIUMS       .00  LATE CHARGE PYMT    89.76*
110305 AP 100105     1795.29     .00       1795.29        .00
110305 DM 000000   T:00000      50:00:00
              EARLY IND: SCORE 394 MODEL E1R0N
110405 D28 000000          BILLING STATEMENT FROM REPORT R628  STD FORM
110405 DM 000000   T:00000      50:00:00
              EARLY IND: SCORE 394 MODEL E1R0N
110705 DM 000000   T:00000      50:00:00
              EARLY IND: SCORE 006 MODEL E11EN
110905 LCW 100105 T:12505 ZD01 BELONS DIS UNC LGBAL     .00 LCDT 10/05-00/00
110905 UI 100105                 .00          .00           .00
              OPT PREMIUMS       .00  LATE CHARGE PYMT    89.76*
110905 AA 100105     .00         .00          .00           .00
              OPT PREMIUMS       .00  LATE CHARGE PYMT    89.76*
                   r/77654
              processed electronically due to transfer, miguel
110905 NT 000000   T:12505  b1 inq about payment received, now it was
                                11/15/05 09:31:31 INCOMPLETE
111605 DMD 000000   T:22222     50:00:00
                                00/00/00 00:00:00
111605 DMD 000000   T:22222     50:00:00
                                00/00/00 00:00:00
111805 CBR 100105   T:00000  PURCHASED 60 DAYS SERVICE DT = 08/29/05
111805 CBR 100105   T:00000  DELINQUENT:   30  DAYS

ALL ACQ 1712
```

HISTORY FOR ACCOUNT  360003796

---------- MAIL --------------------- ---------- PROPERTY ----------------

OSCAR SILVA

4150 SW 78 AVENUE #2            18603 COLLINS AVE #504

SUNNY ISLES BEACH      FL 39160-0000 SUNNY ISLES BEACH      FL 33160-0000

| POST DATE | TRN CDE | DUE DATE | TRANSACTION AMOUNT | PRINCIPAL PAID | INTEREST PAID | ESCROW PAID |
|-----------|---------|----------|--------------------|----------------|---------------|-------------|
| 112305 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 11/23/05 11:08:33 NO ANS | | |
| 112305 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 11/23/05 11:16:19 NO ANS | | |
| 112305 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 11/23/05 11:32:28 NO ANS | | |
| 120105 | DMD | 000000 | T:22222 | 50:00:08 | | |
| | | | | 12/01/05 10:04:56 INCOMPLETE | | |
| 120105 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 120105 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 120205 | DM | 000000 | T:00000 | 50:00:00 | | |
| 120805 | DM | 000000 | T:05558 | EARLY IND: SCORE 394 MODEL 2130N | | |
| | | | | 14:01:00 | | |
| 120805 | DM | 000000 | T:05558 | ACTION/RESULT CD CHANGED FROM     TO BRUN | | |
| 120805 | DMD | 000000 | T:22222 | CLD RES-TT MR-BRIEFLY-WANTED SPAN REP GAVE # TO CB | | |
| | | | | 50:00:00 | | |
| 120805 | DMD | 000000 | T:22222 | 12/08/05 12:47:34 NO ANS | | |
| | | | | 50:00:00 | | |
| 120805 | DMD | 000000 | T:22222 | 12/08/05 13:00:29 UN-SUCCESSFUL | | |
| | | | | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 121305 | DM | 000000 | T:08243 | 14:35:00 | | |
| | | | | ACTION/RESULT CD CHANGED FROM     TO BRLM | | |
| | | | | PMTS. | | |
| | | | | OUT IF PROPERTY DAMAGED AND IF HE CAN MAINTAIN | | |
| 121305 | DM | 000000 | T:08243 | MR TO CLLER. THIS WAS JUST A COMFORT CALL TO FIND | | |
| | | | | 14:35:00 | | |
| 121305 | DM | 000000 | T:08243 | AS HE ONLY SPEAKS SPANISH, LEFT MESSAGE W/3P FOR | | |
| | | | | 14:35:00 | | |
| 121305 | DMD | 000000 | T:22222 | CALLED RES TT MR WHO PUT SOMEONE ELSE ON THE LINE | | |
| | | | | 50:00:00 | | |
| 121305 | DMD | 000000 | T:22222 | 12/13/05 13:35:06 LEFT MSG | | |
| | | | | 50:00:00 | | |
| 121305 | DMD | 000000 | T:22222 | 00/00/00 00:00:00 | | |
| | | | | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |

ALL ACC. 1712

HISTORY FOR ACCOUNT   360003796                              PAGE      6
                                                             DATE 12/27/05

---------- MAIL ----------------------- ---------- PROPERTY --------------

OSCAR SILVA

4150 SW 79 AVENUE #2              18683 COLLINS AVE #504

SUNNY ISLES BEACH    FL 33160-0000 SUNNY ISLES BEACH    FL 33160-0000

| POST<br>DATE | TRN<br>CDE | DUE<br>DATE | TRANSACTION<br>AMOUNT | PRINCIPAL<br>PAID | INTEREST<br>PAID | ESCROW<br>PAID |
|---|---|---|---|---|---|---|
| 121605 | T19 | 100105 | | BREACH OSCAR SILVA | | TXT B.05 |
| 122005 | B28 | 000000 | | FORCED BILLING STATEMENT FROM REPORT R628 | | STD FORM |
| 122005 | CBK | 100105 | T:80000 | DELINQUENT:  30  DAYS | | |
| 122005 | CBR | 100105 | T:00000 | PURCHASED LOAN:  SERVICING DATE =08/29/05 | | |
| 122105 | UI | 110305 | .00 | .00 | .00 | .00 |
| | | | OPT PREMIUMS | .00 | LATE CHARGE PYMT | =89.76* |
| 122105 | AP | 110305 | 1795.29 | .00 | 1795.29 | .00 |
| 122205 | IM | 000000 | T:00000 | 50:00:00 | | |
| | | | EARLY IND:  SCORE 006 MODEL HI16N | | | |

END OF HISTORY

ALL ACQ 1712

| From: | DJohnston@MISSIONCAP.com |
|---|---|
| Sent: | Thursday, January 26, 2006 11:43 AM |
| To: | cheryl.powell@countytrust.com; Hector Chomat |
| Cc: | ARodriguez@missioncap.com |
| Subject: | UBS Repurchase Request - County Trust Mortgage Bankers Corp. |

Attachments: Diaz 777008344 -360004084.pdf

Please advise if this should be directed to someone else within your company.

We are advising you of a Mortgage Loan purchased by UBS Real Estate Securities Inc. (the "purchaser") from County Trust Mortgage Bankers Corp. (the "Seller"), under the Master Mortgage Agreement for Web Loan by Loan Conduit for early payment defaults based on the recent delinquency reporting. We believe this Mortgage Loan qualifies for "Repurchase" treatment under the terms of the Agreement wherein the Seller represented and warranted, among other things, in Section 3.3 that at the option of Purchaser, Seller shall repurchase any Mortgage Loan sold to Purchaser for which one of the first three scheduled Monthly Payments due to the Purchaser becomes delinquent (each, a "Delinquent Loan") or, provided that, in lieu of repurchase of a Delinquent Loan by Seller at Purchaser's request, Purchaser and Seller may mutually agree upon terms with regard to the indemnification of Purchaser by Seller for any and all costs, expenses, losses, etc. relating to a Delinquent Loan or Purchaser and Seller may agree to a substitution of another Mortgage Loan for any Delinquent Loan. Any such substituted Mortgage Loan will be subject to Purchaser acceptability. Such repurchase will be made at the Repurchase Price.

If requested by the Seller, the Purchaser will inquire with its "scratch-and-dent" desk about what price, if any, the "scratch-and-dent" desk would be willing to purchase the Subject Mortgage Loans. If such purchase price is acceptable to the Seller, the Purchaser may be willing to purchase the Subject Mortgage Loans from the Seller at such purchase price. If acceptable to the Seller and assuming such Subject Mortgage Loans are acceptable to Purchaser's "scratch and dent" desk, the Purchaser may be willing to accept an indemnity from the Seller for such breaches under the Purchase Agreement in lieu of repurchase. Such indemnity would be in an amount equal to the difference between the Repurchase Price under the Purchase Agreement and an amount equal to the purchase price that Purchaser's "scratch and dent" desk quotes with respect to what it would otherwise be willing to purchase such Subject Mortgage Loans.

Unless you have supporting evidence to prove the delinquency reporting is erroneous, under the terms of this Agreement, this loan must be promptly repurchased by Seller.

Mission Capital Advisors have been engaged by UBS to process repurchase issues such as this.

If you should have any questions, feel free to contact me at 512-327-0101 extension 22.

| Originator | Seller # | ClientLn# | Svc | SvcLn# | Borrower | Purchase Date | Pmt String-12 | 1st pmt date - Client | EPD Expiration Date |
|---|---|---|---|---|---|---|---|---|---|
| County Trust | 86590 | 777008344 | GMAC Mortgage | 360004084 | DIAZ, MIGUEL MONTES | 10/11/2005 | XXXXXXXXXC11 | 11/1/2005 | 2/1/2006 |

**Debbie Johnston**
*Mission Capital Advisors, LLC*
1120 S. Capital of Texas Highway
Bldg 3, Suite 150
Austin, TX 78746
Tel: 512-327-0101 ext 22
Fax: 512-532-6621
Email: djohnston@missioncap.com

*This communication may contain privileged and/or confidential information. It is intended solely for the use of the addressee. If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing or using any of this information. If you received this communication in error, please contact the sender immediately and destroy the material in its entirety, whether electronic or hard copy. You may not directly or indirectly reuse or re-disclose such information for any purpose other than for the purpose for which you are receiving the information.*

GMAC Mortgage Corporation                                           PAGE    1
PO Box 780                                                          DATE 01/20/06

Waterloo                    IA 50704-0780

                                         HISTORY FOR ACCOUNT 360000081
                                                                        777008344

·············· MAIL ···························· ·········· PROPERTY ·················

MIGUEL M. DIAZ

CALLE 4 A1 4C URB ROYAL TOWN         54 DORSET DRIVE

BAYAMON               PR 00956-0000 KISSIMMEE              FL 34758-0000

········· DATES ·········    ···· CURRENT BALANCES ·····    ······· UNCOLLECTED ··········
PAID TO   12/01/05    PRINCIPAL         147615.34    LATE CHARGE        -28.28
NEXT DUE  02/01/06    ESCROW                 0.00    OPTIONAL INS        0.00
LAST PMT  01/17/06    UNAPPLIED FUND         0.00    INTEREST            0.00
AUDIT DT  10/12/05    UNAPPLIED COUNT                FEES                0.00
                      BUYDOWN    FUND       0.00    ······ YEAR TO DATE ···········
   LAST ACTIVITY      BUYDOWN  CODE                  INTEREST          831.00
   01/18/06                                          TAXES               0.00

POST  TRN  DUE      TRANSACTION     PRINCIPAL     INTEREST       ESCROW
DATE  CDE  DATE     AMOUNT          PAID          PAID           PAID
101205 ... .00010S   T:09990   0/B  0001148000.00  PIN  000000000.00  +0/01/00
101205 D10 100105               WELCOME LETTER ELIGIBLE                   TXT 0.00
101205 CBA 100105    T:00000   DISBURSED 60 DAYS SERVICE DT @ 10/12/05
110305 DMD 000000    T:12222   50.00+00
                                12/05/05 07:33:51   MSG ANS MACH
110305 DMD 000000    T:22222   50.00+00
                                00/00/00 00:00:00
110305 DMD 000000    T:22222   50.00+00
                                00/00/00 00:00:00
110405 DMD 000000    T:22222   50.00+00
                                12/04/05 07:14:03   MSG ANS MACH
110405 DMD 000000    T:22222   50.00+00
                                00/00/00 00:00:00
110405 DMD 000000    T:22222   50.00+00
                                00/00/00 00:00:00
110705 DMD 000000    T:22222   50.00+00
                                12/07/05 11:58:10   MSG ANS MACH
110705 DMD 000000    T:22222   50.00+00
                                00/00/00 00:00:00
110705 DMD 000000    T:22222   50.00+00
                                00/00/00 00:00:00
110705 SK  000000    T:0000u   50.00+00
                                EARLY IND: SCORE 000 MODEL B128
110805 NT  000000    T:01277   LOADED PER NOTE
110905 DMD 000000    T:22222   50.00+00
                                11/09/05 07:00:18 NO CIRCUIT
110905 DMD 000000    T:22222   50.00+00
                                00/00/00 00:00:00

ALL ACC 1712

HISTORY FOR ACCOUNT   18110408.                                      PAGE     2
                                                                     DATE 01/30/06

················· MAIL ··························· PROPERTY ···············

MIGUEL A DIAZ

CALLE 1 A1 16 URB ROYAL TOWN        54 DORSET DRIVE

BAYAMON                    PR 00956-0000  KISSIMMEE              FL 34758-0000

| POST DATE | TRN CDS | DUE DATE | TRANSACTION AMOUNT | PRINCIPAL PAID | INTEREST PAID | ESCROW PAID |
|-----------|---------|----------|--------------------|----------------|---------------|-------------|
| 110905 | DMD | 000000 | 0.00 | | | |
| 110905 | DMD | 000000 | 0.00 | | | |
| 111005 | DMD | 000000 | 0.00 | | | |
| 111005 | DMD | 000000 | 0.00 | | | |
| 111005 | DMD | 000000 | 0.00 | | | |
| 111105 | DMD | 000000 | 0.00 | | | |
| 111105 | DMD | 000000 | 0.00 | | | |
| 111105 | DMD | 000000 | 0.00 | | | |
| 111405 | DMD | 000000 | 0.00 | | | |
| 111405 | DMD | 000000 | 0.00 | | | |
| 111405 | DMD | 000000 | 0.00 | | | |
| 111505 | DMD | 000000 | 0.00 | | | |
| 111505 | DMD | 000000 | 0.00 | | | |
| 111605 | DMD | 000000 | 0.00 | | | |
| 111605 | DMD | 000000 | 0.00 | | | |
| 111605 | DMD | 000000 | 0.00 | | | |
| 111705 | DMD | 000000 | 0.00 | | | |
| 111705 | DMD | 000000 | 0.00 | | | |
| 111705 | DMD | 000000 | 0.00 | | | |

END ACC HIST

HISTORY FOR ACCOUNT  3E0004664                              PAGE      3
                                                            DATE 01/20/06

................ MAIL ................................... PROPERTY ...................

MIGUEL M DIAZ

CALLE 1 A1 24 URB ROYAL TOWN           54 DORSET DRIVE

BAYAMON              PR 00956-0000 KISSIMMEE              FL 34758-0000

..................................................................................

POST   TRN   DUE      TRANSACTION     PRINCIPAL     INTEREST     ESCROW
DATE   CDE   DATE      AMOUNT          PAID          PAID         PAID
.................................................................................
111805 CBR 100205   T:00000   PURCHASED 460 DAYS SERVICE BY - 10/12/05
111105 02E 000000             BILLING STATEMENT FROM REGEPT RA28  STP FORM
112105 DMD 000000   T:22222   50:00:00
                              11/21/05 11:00:15  MSG ANS MACH
112105 DMD 000000   T:22222   50:00:00
                              00/00/00 00:00:00
112105 DMD 000000   T:22222   50:00:00
                              00/00/00 00:00:00
112205 DMD 000000   T:22222   50:00:00
                              11/22/05 11:23:15  MSG ANS MACH
112205 DMD 000000   T:22222   50:00:00
                              00/00/00 00:00:00
112205 DMD 000000   T:22222   50:00:00
                              00/00/00 00:00:00
112305 DMD 000000   T:22222   50:00:00
                              11/23/05 14:06:04  MSG ANS MACH
112305 DMD 000000   T:22222   50:00:00
                              00/00/00 00:00:00
112305 DMD 000000   T:22222   50:00:00
                              00/00/00 00:00:00
112505 DMD 000000   T:22222   50:00:00
                              11/25/05 13:29:15  MSG ANS MACH
112505 DMD 000000   T:22222   50:00:00
                              00/00/00 00:00:00
112505 DMD 000000   T:22222   50:00:00
                              00/00/00 00:00:00
112805 DMD 000000   T:22222   50:00:00
                              11/28/05 10:57:03  MSG ANS MACH
112805 DMD 000000   T:22222   50:00:00
                              00/00/00 00:00:00
112805 DMD 000000   T:22222   50:00:00
                              11/28/05 16:57:11  MSG ANS MACH
112805 DMD 000000   T:22222   50:00:00
                              11/28/05 13:17:22  MSG ANS MACH
112905 DMD 000000   T:22222   50:00:00
                              00/00/00 00:00:00
113005 DMD 000000   T:22222   50:00:00
                              11/30/05 16:57:50  MSG ANS MACH

ALL ACQ 1712

```
HISTORY FOR ACCOUNT    140004064.                          PAGE.      4
                                                           DATE 01/20/06

**********  MAIL  *********************  ********  PROPERTY  **************

MIGUEL M DIAZ

CALLE 1 AL 16 URB. ROYAL TOWN       5A DORSET DRIVE

BAYAMON                   PR. 00956-0000 KISSIMMEE           FL 34758-0000
```

| POST DATE | TRN CDE | SUB DATE | TRANSACTION AMOUNT | PRINCIPAL PAID | INTEREST PAID | ESCROW PAID |
|---|---|---|---|---|---|---|
| 113005 | DMD | 000000 | T:22222 | 50.00.00 | | |
| | | | | 00/00/00 00:00.00 | | |
| 113005 | DMD | 000000 | T:22222 | 50.00.00 | | |
| | | | | 00/00/00 00:00.00 | | |
| 120105 | DMD | 000000 | T:22222 | 50.00.00 | | |
| | | | | 12/01/05 10:29.55 MSG AND MACH | | |
| 120105 | DMD | 000000 | T:22222 | 50.00.00 | | |
| | | | | 00/00/00 00:00.00 | | |
| 120205 | DMD | 000000 | T:22222 | 50.00.00 | | |
| | | | | 00/00/00 00:00.00 | | |
| 120205 | DMD | 000000 | T:22222 | 50.00.00 | | |
| | | | | 12/02/05 19:30.44 MSG AND MACH | | |
| 120205 | DMD | 000000 | T:22222 | 50.00.00 | | |
| | | | | 00/00/00 00:00.00 | | |
| 120205 | DMD | 000000 | T:22222 | 50.00.00 | | |
| | | | | 00/00/00 00:00.00 | | |
| 120205 | DM | 000000 | T:00000 | 50.00.00 | | |
| | | | | EARLY IND. SCORE 394 MODEL BRDR | | |
| 120505 | DMD | 000000 | T:22222 | 50.00.00 | | |
| | | | | 12/03/06 08:42.56 MSG AND MACH | | |
| 120505 | DMD | 000000 | T:22222 | 50.00.00 | | |
| | | | | 00/00/00 00:00.00 | | |
| 120505 | DMD | 000000 | T:22222 | 50.00.00 | | |
| | | | | 00/00/00 00:00.00 | | |
| 120505 | DMD | 000000 | T:22222 | 50.00.00 | | |
| | | | | 12/03/05 08:42.56 MSG AND MACH | | |
| 120505 | DMD | 000000 | T:22222 | 50.00.00 | | |
| | | | | 12/05/05 07:57.21 MSG AND MACH | | |
| 120505 | DMD | 000000 | T:22222 | 50.00.00 | | |
| | | | | 00/00/00 00:00.00 | | |
| 120605 | DMD | 000000 | T:22222 | 50.00.00 | | |
| | | | | 12/06/05 09:41.43 MSG AND MACH | | |
| 120605 | DMD | 000000 | T:22222 | 50.00.00 | | |
| | | | | 00/00/00 00:00.00 | | |
| 120605 | DMD | 000000 | T:22222 | 50.00.00 | | |
| | | | | 00/00/00 00:00.00 | | |
| | | | | SB XXXXX. | | |
| 120705 | MT | 000000 | T:07036 | SENT BREACH FROM SPECIAL INBANCE REPORT. | | |
| 120705 | DMD | 000000 | T:22222 | 50.00.00 | | |
| | | | | 12/07/05 07:00.38 MSG AND MACH | | |

```
ALL ACO: 1735
```

HISTORY FOR ACCOUNT   3500040384                          PAGE      6
                                                          DATE 01/20/06

MIGUEL M DIAZ

CALLE 1 #4 18 URB ROYAL TOWN          54 DORSET DRIVE

BAYAMON          PR 00956-0000 KISSIMMEE        FL 34758-0000

POST   TRN   DUE    TRANSACTION    PRINCIPAL     INTEREST     ESCROW
DATE   CDE   DATE     AMOUNT          PAID         PAID         PAID

120705 DMD 000000  T 2222    50.00 .00
                             00/00/00 00:00:00
120705 DMD 000000  T 2222    50.00 .00
                             00/00/00 00:00:00
120805 DIP 100105    BREACH MIGUEL M DIEZ                     TXT 8.05
120805 DMD 000000  T 2222    50.00 .00
                             12/08/05 10:48:52  MSG ANS MACH
120905 DMD 000000  T 2222    50.00 .00
                             00/00/00 00:00:00
120805 DMD 000000  T 2222    50.00 .00
                             00/00/00 00:00:00
120905 DMD 000000  T 2222    50.00 .00
                             12/09/05 10:14:41  MSG ANS MACH
120905 DMD 000000  T 2222    50.00 .00
                             00/00/00 00:00:00
120905 DMD 000000  T 2222    50.00 .00
                             00/00/00 00:00:00
121205 DMD 000000  T 2222    50.00 .00
                             12/12/05 10:40:50  MSG ANS MACH
121205 DMD 000000  T 2222    50.00 .00
                             00/00/00 00:00:00
121205 DMD 000000  T 2222    50.00 .00
                             00/00/00 00:00:00
121105 UI 010105              .00         .00       .00        .00
                                        .00  LATE CHARGE PMT    -67.99
122305 AA 110105    958.88      126.15      831.78       .00
121305 DMD 000000  T 2222    50.00 .00
                             12/13/05 13:08:37  MSG ANS MACH
121305 DMD 000000  T 2222    50.00 .00
                             00/00/00 00:00:00
121305 DMD 000000  T 2222    50.00 .00
                             00/00/00 00:00:00
121405 T26 000000            BILLING STATEMENT PRIN EXPORT 4628  STD FORM
121405 DMD 000000  T 2222    50.00 .00
                             12/14/05 04:34:52  MSG ANS MACH
121405 DMD 000000  T 2222    50.00 .00
                             00/00/00 00:00:00

ALL NOW 2212

HISTORY FOR ACCOUNT  260004084                                      PAGE      5
                                                                    DATE 03/20/06

------------- MAIL ----------------------------- PROPERTY ------------------

MIGUEL M.DIAZ

CALLE 3 AT 10 URB ROYAL TOWN          84 DORSET DRIVE

BAYAMON                     PR 00956-0000 KISSIMMEE            FC 34758-0690

POST  TRN  DUE       TRANSACTION     PRINCIPAL    INTEREST     ESCROW
DATE  COT  DATE        AMOUNT          PAID         PAID        PAID

121405 IMD 010005    T,22222       $0,00,00
                                   00/00/00 00,00,00
121405 DM  000000    T,00000       $0,00,00
                                   EARLY IND: ACORR REF MODEL ELLEW
121005 DMD 000000    T,22222       $0,00,00
                                   12/15/05 18:54:59  MSG ANS MACH
101205 DMD 000000    T,22222       $0,00,00
                                   00/00/00 00,00,00
121005 DMD 000000    T,22222       $0,00,00
                                   00/00/00 00,00,00
121605 DMD 000000    T,22222       $0,00,00
                                   12/16/05 18:58:54  MSG ANS MACH
121605 DMD 000000    T,22222       $0,00,00
                                   00/00/00 00,00,00
121605 DMD 000000    T,22222       $0,00,00
                                   00/00/00 00,00,00
121905 DMD 000000    T,22222       $0,00,00
                                   12/19/05 11:05:55  MSG ANS MACH
121905 DMD 000000    T,22222       $0,00,00
                                   00/00/00 00,00,00
121905 DMD 000000    T,22222       $0,00,00
                                   00/00/00 00,00,00
122005 DMD 000000    T,22222       $0,00,00
                                   12/20/05 18:17:10  MSG ANS MACH
122005 DMD 000000    T,22222       $0,00,00
                                   00/00/00 00,00,00
122005 DMD 000000    T,22222       $0,00,00
                                   00/00/00 00,00,00
122005 CBR 110105    T,0000   PURCHASED 60 DAY SERVICE DT * 10/12/05
122005 CBR 110105    T,00000  DELINQUENT   60 DAYS
122105 DMD 000000    T,22222       $0,00,00
                                   12/21/05 14:47:27  MSG ANS MACH
122105 DMD 000000    T,22222       $0,00,00
                                   00/00/00 00,00,00
122105 DMD 000000    T,22222       $0,00,00
                                   00/00/00 00,00,00
122205 DMD 000000    T,22222       $0,00,00
                                   12/22/05 08:28:10  MSG ANS MACH

MTL ACQ 1712

HISTORY FOR ACCOUNT  30000424                          PAGE      7
                                                       DATE 01/20/06.

~~~~~~~~~ MAIL ~~~~~~~~~~~~~~~~~~~~~~~~~ PROPERTY ~~~~~~~~~~~~~~~~~

MIGUEL M DIAZ

CALLE 1 AZ 16 URB ROYAL TOWN        54 DORSET DRIVE

BAYAMON          PR 00956-0000 KISSIMMEE        FL 34758-0000.

| POST DATE | TEN DUE DATE | TRX DATE | TRANSACTION AMOUNT | PRINCIPAL PAID | INTEREST PAID | ESCROW PAID |
|---|---|---|---|---|---|---|
| | | | | | | |

ALL ACC 1712

HISTORY FOR ACCOUNT   160004684                           PAGE      9
                                                          DATE 01/20/06

--- --- --- MAIL --- --- --- --- --- --- --- --- --- PROPERTY --- --- --- --- --- --- ---

MIGUEL N DIAZ

VALLEY 1 AT 16 URB ROYAL TOWN        53 DORSET DRIVE

BAYAMON              PR 00956-0000 KISSIMMEE           FL 34758-0000

| POST<br>DATE | TRN<br>CDE | DUE<br>DATE | TRANSACTION<br>AMOUNT | PRINCIPAL<br>PAID | INTEREST<br>PAID | ESCROW<br>PAID |
|---|---|---|---|---|---|---|
| 010506 | DMD | 000000 | T:22222 | 50.00 | 00/00/00 00.00.00 | | |

ALL ACC 1.712.

HISTORY FOR ACCOUNT   3406040?4                                    PAGE    16
                                                                   DATE 01/20/06

--------- MAIL ------------------- ---------- PROPERTY ----------------

MICHEL M DIAZ

CALLE 1 #1 1E PHB ROYAS TOWN        51 FOREST DRIVE

BAYAMON                 PR 00956 0000 KISSIMMEE                  FL 34958 0000

------------------------------------------------------------------------------
POST   TRN  DUE     TRANSACTION      PRINCIPAL      INTEREST      ESCROW
DATE   CDE  DATE:   AMOUNT           PAID           PAID          PAID
------------------------------------------------------------------------------
01 1806 DMD  000000    T:22283      50,00,00
                                    00/00/00 00,00,00
01 1906 DM  000000    T:00000       50,00,00.
                                    EARLY IND: SCORE 006 MODEL E114N.


END OF HISTORY

ALL ANY 1912

From:     Richard.Aquilone@ubs.com
Sent:     Thursday, February 09, 2006 3:40 PM
To:       Hector Chomat
Subject:  Re: Pending Items

I am on the road traveling be in the office n Friday. I spoke with Moss and Transaction Management and they are going to put back those loans to you. The Scratch and dent desk is going to price first. There is nothing else I can do. I do not call the shots. Call me tomorrow to discuss.

------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Hector Chomat <hchomat@countytrust.com>
To: Aquilone, Richard <Richard.Aquilone@ubs.com>
Sent: Thu Feb 09 15:14:19 2006
Subject: Pending Items

Rich what are you up to?  We have some pending items and I need you to help me resolve these items.


1.     Virginia.iturrioz@countytrust.com needs the ability to login to UBS but no pricing or trade blotter ability. Guidelines and updates rights only

2.     What has happened with Will Whitehouse.  Has anything been resolved?

3.     Volume incentive.  Is that going to happen any time soon?


Bro... talk to me, please


Hector Chomat

President

County Trust Mortgage Bankers

11430 N. Kendall Dr. Suite 300

Miami, FL. 33176


Office: 305-279-4445

Fax: 305-598-1265

email: hchomat@countytrust.com

website: www.countytrust.com

This communication is issued by UBS AG or an affiliate ("UBS") by the
Sales or Trading Department to institutional investors only and is
not research. It is for informational purposes and is not an official
confirmation of terms. It is not guaranteed as to accuracy, nor is it
a complete statement of the financial products or markets referred
to. Opinions expressed are subject to change without notice and may
differ or be contrary to the opinions or recommendations of UBS
Investment Research or the opinions expressed by other business areas
or groups of UBS as a result of using different assumptions and
criteria. UBS may, as principal or agent, have position in,
underwrite, buy or sell, make a market in, or enter into derivatives
transactions in relation to any financial instrument or asset
referred to in this email. Unless stated specifically otherwise, this
is not a recommendation, offer or solicitation to buy or sell and any
prices or quotations contained herein are indicative only. UBS has
policies and procedures designed to minimise the risk that that
officers and employees are influenced by any conflicting interest or
duty and that confidential information is improperly disclosed or
made available. To the extent permitted by law, UBS does not accept
any liability arising from the use of this communication.
For additional information, please contact your local sales or
trading contact. © 2005 UBS.  All rights reserved.
Intended for recipient only and not for further distribution
without the consent of UBS.

From:      Richard.Aquilone@ubs.com
Sent:      Tuesday, February 07, 2006 5:41 PM
To:        Hector Chomat
Subject:   Re: County Trust

Hector

Will tells me 3 loans are current and one is due for 1/06. I am looking into why they are trying to put back current loans.    Bear with me brother as I do
my thing.

-------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Hector Chomat <hchomat@countytrust.com>
To: Aquilone, Richard <Richard.Aquilone@ubs.com>
Sent: Tue Feb 07 16:47:33 2006
Subject: RE: County Trust

Rich, these files are not delinquent these files are on time and performing.
Ask Will and he will confirm with you that they are on time. At least that
is what he said to me two weeks ago. All I got from him was the
conversation log which I read it and they indicated that they were
performing.

Will agreed that he was going to send me their payment schedule but he has
not sent me the schedule yet. I will ask for a payment schedule this
afternoon.


Hector Chomat
President
County Trust Mortgage Bankers
11430 N. Kendall Dr. Suite 300
Miami, FL. 33176

Office: 305-279-4445
Fax: 305-598-1265
email: hchomat@countytrust.com
website: www.countytrust.com


-----Original Message-----
From: Richard.Aquilone@ubs.com [mailto:Richard.Aquilone@ubs.com]
Sent: Tuesday, February 07, 2006 4:37 PM
To: hchomat@countytrust.com; William.Moss@ubs.com
Subject: Fw: County Trust

Hector

What are you talking about?? If the loans are delinquent in accordance to
the MLPA you have two options. Repurchase or UBS Scratch and Dent desk will
give you a price a you can wire the difference. Moss nor I can do anything
if the loans and dlqnt. Compliance and legal takes over.

If you are disputing that these loans are dlqnt then you are going to have
to provide the cash flow and show that payments were received.

I am traveling and will be back in on Friday.
------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Whitehouse, William <William.Whitehouse@ubs.com>
To: Lalanas, John <john.lalanas@ubs.com>
CC: Moss, William <william.moss@ubs.com>; Aquilone, Richard
<Richard.Aquilone@ubs.com>
Sent: Tue Feb 07 16:06:47 2006
Subject: FW: County Trust

FYI - Any direction on how to deal with this guy is welcome. Thanks guys.


-----Original Message-----
From: Hector Chomat [mailto:hchomat@countytrust.com]
Sent: Tuesday, February 07, 2006 2:43 PM
To: Whitehouse, William
Subject: RE: County Trust


Rich:


I have called you several times regarding the repurchase loans and you have
not called me back. Have you had the opportunity to talk to Moss regarding
this problem?  This is serious matter and you have said that you were going
to look into this issue and I have not heard back from you.  You have not
returned my calls and I feel like you are leaving me out in the dust.  What
are we going to do about this concern?


On the other hand what is going on with the volume incentive, I have not
heard anything about this as well.  I think I need to go and visit you to NY
to talk about these issues.  Are you going to be there next week?


Hector Chomat

President

County Trust Mortgage Bankers

11430 N. Kendall Dr. Suite 300

Miami,  FL. 33176


Office: 305-279-4445

Fax: 305-598-1265

email: hchomat@countytrust.com

website: www.countytrust.com

From: William.Whitehouse@ubs.com [mailto:William.Whitehouse@ubs.com]
Sent: Tuesday, February 07, 2006 12:16 PM
To: hchomat@countytrust.com
Subject: County Trust

Hello

Have you had a chance to make a decision on these claims?  Please let me
know if you need additional data.

This communication is issued by UBS AG or an affiliate ("UBS") by the
Sales or Trading Department to institutional investors only and is
not research. It is for informational purposes and is not an official
confirmation of terms. It is not guaranteed as to accuracy, nor is it
a complete statement of the financial products or markets referred
to. Opinions expressed are subject to change without notice and may
differ or be contrary to the opinions or recommendations of UBS
Investment Research or the opinions expressed by other business areas
or groups of UBS as a result of using different assumptions and
criteria. UBS may, as principal or agent, have position in,
underwrite, buy or sell, make a market in, or enter into derivatives
transactions in relation to any financial instrument or asset
referred to in this email. Unless stated specifically otherwise, this
is not a recommendation, offer or solicitation to buy or sell and any
prices or quotations contained herein are indicative only. UBS has
policies and procedures designed to minimise the risk that that
officers and employees are influenced by any conflicting interest or
duty and that confidential information is improperly disclosed or
made available. To the extent permitted by law, UBS does not accept
any liability arising from the use of this communication.
For additional information, please contact your local sales or
trading contact. ) 2005 UBS. All rights reserved.
Intended for recipient only and not for further distribution
without the consent of UBS.

This communication is issued by UBS AG or an affiliate ("UBS") by the
Sales or Trading Department to institutional investors only and is
not research. It is for informational purposes and is not an official
confirmation of terms. It is not guaranteed as to accuracy, nor is it
a complete statement of the financial products or markets referred
to. Opinions expressed are subject to change without notice and may
differ or be contrary to the opinions or recommendations of UBS
Investment Research or the opinions expressed by other business areas
or groups of UBS as a result of using different assumptions and
criteria. UBS may, as principal or agent, have position in,
underwrite, buy or sell, make a market in, or enter into derivatives
transactions in relation to any financial instrument or asset

referred to in this email. Unless stated specifically otherwise, this is not a recommendation, offer or solicitation to buy or sell and any prices or quotations contained herein are indicative only. UBS has policies and procedures designed to minimise the risk that that officers and employees are influenced by any conflicting interest or duty and that confidential information is improperly disclosed or made available. To the extent permitted by law, UBS does not accept any liability arising from the use of this communication. For additional information, please contact your local sales or trading contact. © 2005 UBS.  All rights reserved. Intended for recipient only and not for further distribution without the consent of UBS.

**From:** Richard.Aquilone@ubs.com
**Sent:** Tuesday, February 07, 2006 4:37 PM
**To:** Hector Chomat; William.Moss@ubs.com
**Subject:** Fw: County Trust

Hector

What are you talking about?? If the loans are delinquent in accordance to the MLPA you have two options. Repurchase or UBS Scratch and Dent desk will give you a price you can wire the difference. Moss nor I can do anything if the loans and dlqnt. Compliance and legal takes over.

If you are disputing that these loans are dlqnt then you are going to have to provide the cash flow and show that payments were received.

I am traveling and will be back in on Friday.
------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Whitehouse, William <William.Whitehouse@ubs.com>
To: Lalanas, John <john.lalanas@ubs.com>
CC: Moss, William <william.moss@ubs.com>; Aquilone, Richard <Richard.Aquilone@ubs.com>
Sent: Tue Feb 07 16:06:47 2006
Subject: FW: County Trust

FYI - Any direction on how to deal with this guy is welcome. Thanks guys.


-----Original Message-----
From: Hector Chomat [mailto:hchomat@countytrust.com]
Sent: Tuesday, February 07, 2006 2:43 PM
To: Whitehouse, William
Subject: RE: County Trust


Rich:

I have called you several times regarding the repurchase loans and you have not called me back. Have you had the opportunity to talk to Moss regarding this problem? This is serious matter and you have said that you were going to look into this issue and I have not heard back from you. You have not returned my calls and I feel like you are leaving me out in the dust. What are we going to do about this concern?

On the other hand what is going on with the volume incentive, I have not heard anything about this as well. I think I need to go and visit you to NY to talk about these issues. Are you going to be there next week?


Hector Chomat

President

County Trust Mortgage Bankers

11430 N. Kendall Dr. Suite 300

Miami, FL. 33176


Office: 305-279-4445

Fax: 305-598-1265

email: hchomat@countytrust.com

website: www.countytrust.com


From: William.Whitehouse@ubs.com [mailto:William.Whitehouse@ubs.com]
Sent: Tuesday, February 07, 2006 12:16 PM
To: hchomat@countytrust.com
Subject: County Trust


Hello

Have you had a chance to make a decision on these claims?  Please let me know if you need additional data.


This communication is issued by UBS AG or an affiliate ("UBS") by the
Sales or Trading Department to institutional investors only and is
not research. It is for informational purposes and is not an official
confirmation of terms. It is not guaranteed as to accuracy, nor is it
a complete statement of the financial products or markets referred
to. Opinions expressed are subject to change without notice and may
differ or be contrary to the opinions or recommendations of UBS
Investment Research or the opinions expressed by other business areas
or groups of UBS as a result of using different assumptions and
criteria. UBS may, as principal or agent, have position in,
underwrite, buy or sell, make a market in, or enter into derivatives
transactions in relation to any financial instrument or asset
referred to in this email. Unless stated specifically otherwise, this
is not a recommendation, offer or solicitation to buy or sell and any
prices or quotations contained herein are indicative only. UBS has
policies and procedures designed to minimise the risk that that
officers and employees are influenced by any conflicting interest or
duty and that confidential information is improperly disclosed or
made available. To the extent permitted by law, UBS does not accept
any liability arising from the use of this communication.
For additional information, please contact your local sales or
trading contact. ) 2005 UBS. All rights reserved.
Intended for recipient only and not for further distribution
without the consent of UBS.

From:    Liza Portero [liza.portero@countytrust.com]
Sent:    Monday, September 26, 2005 10:26 AM
To:      Hector Chomat
Subject: FW: Advance funding 9/22/2005


Is this the UBS Incentive?


Liza Portero

County Trust Mortgage Bankers

11430 N. Kendall Drive, Ste 300

Miami, Fl. 33176

305-279-4445, Ext 105

305-598-1265 Fax


**From:** Robert Preston [mailto:Robert_Preston@colonialbank.com]
**Sent:** Monday, September 26, 2005 9:58 AM
**To:** Liza Portero
**Subject:** RE: Advance funding 9/22/2005


On it's way. Also, I have an incoming wire for $51,700.00. Do you know what that is for I can't find it in my previous reports.


*Robert C Preston*

*Collateral Analyst*

*Colonial Bank N.A.*

*Ph. 407-835-6700 Fax 407-835-6696*

-----Original Message-----
**From:** Liza Portero [mailto:liza.portero@countytrust.com]
**Sent:** Monday, September 26, 2005 8:33 AM
**To:** Robert Preston
**Subject:** Advance funding 9/22/2005


Robert,

I did not receive an advance funding report for 9/22/2005.  Can you please fax one over?

Thanks

Liza Portero

County Trust Mortgage Bankers

11430 N. Kendall Drive, Ste 300

Miami, Fl. 33176

305-279-4445, Ext 105

305-598-1265 Fax

"The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this message in error, please contact the sender and delete the material from all computers."

From:    Richard.Aquilone@ubs.com
Sent:    Thursday, September 22, 2005 4:42 PM
To:      Hector Chomat
Subject: RE: See Below

Hector:

Yes.. Is in on top of the rate sheet and in addition to your current incentive on any volume.

Richard Aquilone, Jr
Director Mortgage Sales
UBS Investment Bank
1285 Avenue of the Americas
New York, NY 10019
Direct Dial: 212-713-2779
Fax: 212-713-4533


-----Original Message----
From: Hector Chomat [mailto:hchomat@countytrust.com]
Sent: Thursday, September 22, 2005 4:42 PM
To: Aquilone, Richard
Subject: RE: See Below


Rich:

I don't get it please explain as I am a little confused.

Is it 25 bps in addition to the present rate sheet?
Can I use it in addition to our incentive plan or is it part to our
incentive?
Is it on any volume?

Hector Chomat
President
County Trust Mortgage Bankers
11430 N. Kendall Dr. Suite 300
Miami, FL. 33176

Office: 305-279-4445
Fax: 305-598-1265
email: hchomat@countytrust.com
website: www.countytrust.com


-----Original Message----
From: Richard.Aquilone@ubs.com [mailto:Richard.Aquilone@ubs.com]
Sent: Thursday, September 22, 2005 10:59 AM
Subject: See Below

*Fall Pricing Special*
September 26 - September 30

DON'T MISS IT!

$ Upfront 25bps Price Incentive
$ All Products (Arms, Fixed, Second Liens)
$ All Lock Types (Best Efforts and Mandatory)
$ Individual locks and Forward Commitments
$ All Lock Periods (30 and 60 days)

Richard Aquilone, Jr
Director Mortgage Sales
UBS Investment Bank
1285 Avenue of the Americas
New York, NY 10019
Direct Dial: 212-713-2779
Fax: 212-713-4533

This communication is issued by UBS AG or an affiliate ("UBS") by the
Sales or Trading Department to institutional investors only and is not
research. It is for informational purposes and is not an official
confirmation of terms. It is not guaranteed as to accuracy, nor is it
a complete statement of the financial products or markets referred to.
Opinions expressed are subject to change without notice and may differ
or be contrary to the opinions or recommendations of UBS Investment
Research or the opinions expressed by other business areas or groups
of UBS as a result of using different assumptions and criteria. UBS
may maintain long or short positions in the financial instruments
referred to and may transact in them as principal or agent. Unless
stated specifically otherwise, this is not a recommendation, offer or
solicitation to buy or sell and any prices or quotations contained
herein are indicative only. UBS may provide investment banking and
other services to, and/or its officers/employees may serve as
directors of, the companies referred to in this material. To the
extent permitted by law, UBS does not accept any liability arising
from the use of this communication. For additional information,
please contact your local sales or trading contact.

Copyright 2005 UBS. All rights reserved. Intended for recipient
only and not for further distribution without the consent of UBS.

This communication is issued by UBS AG or an affiliate ("UBS") by the
Sales or Trading Department to institutional investors only and is not
research. It is for informational purposes and is not an official
confirmation of terms. It is not guaranteed as to accuracy, nor is it
a complete statement of the financial products or markets referred to.
Opinions expressed are subject to change without notice and may differ
or be contrary to the opinions or recommendations of UBS Investment
Research or the opinions expressed by other business areas or groups
of UBS as a result of using different assumptions and criteria. UBS
may maintain long or short positions in the financial instruments
referred to and may transact in them as principal or agent. Unless
stated specifically otherwise, this is not a recommendation, offer or
solicitation to buy or sell and any prices or quotations contained
herein are indicative only. UBS may provide investment banking and
other services to, and/or its officers/employees may serve as
directors of, the companies referred to in this material. To the
extent permitted by law, UBS does not accept any liability arising
from the use of this communication. For additional information,

please contact your local sales or trading contact.

Copyright 2005 UBS. All rights reserved. Intended for recipient only and not for further distribution without the consent of UBS.

| | |
|---|---|
| **From:** | Richard.Aquilone@ubs.com |
| **Sent:** | Friday, September 09, 2005 9:11 AM |
| **To:** | Hector Chomat |
| **Subject:** | FW: county trust |
| **Attachments:** | Country trust June-Aug 2005.xls; disclaim.txt |

Hector:

Attached is the breakdown on your incentive.  We paid you for May...

Richard Aquilone, Jr
Director Mortgage Sales
UBS Investment Bank
1285 Avenue of the Americas
New York, NY 10019
Direct Dial: 212-713-2779
Fax: 212-713-4533


-----Original Message-----
From: Lalanas, John
Sent: Friday, September 09, 2005 8:56 AM
To: Aquilone, Richard
Subject: county trust



John K. Lalanas
UBS Investment Bank
1285 Avenue of the Americas
New York, NY 10019
Tel 212-713-4414
Fax 212-713-4533

August 2006
Product
Seller

| Seller | Product | PARLOCKED | PARFUNDED | Best % | Wavd % | % Prod | | | |
|---|---|---|---|---|---|---|---|---|---|
| County Trust Mortgage Bankers Corp | 30 yr, Alt-A | $2,408,000.00 | $1,302,007.75 | 100 | 0 | 1.157 | 0.125 | $1,741.01 |
| County Trust Mortgage Bankers Corp | 15 yr, Alt-A | $250,000.00 | $0.00 | 100 | 0 | 0.068 | 0.105 | $0.00 |
| County Trust Mortgage Bankers Corp | 5mth Libor Arms, Alt-A | $2,005,000.00 | $2,350,047.46 | 100 | 0 | 1.138 | 0.125 | $2,048.87 |
| County Trust Mortgage Bankers Corp | 3/1 Hybrid Arms, Alt-A | $2,205,285.04 | $1,103,476.75 | 100 | 0 | 1.057 | 0.125 | $1,285.00 |
| County Trust Mortgage Bankers Corp | 5/1 Hybrid Arms, Alt-A | $150,000.00 | $0.00 | 100 | 0 | 0.085 | 0.105 | $0.00 |
| County Trust Mortgage Bankers Corp | 7/1 Hybrid Arms, Alt-A | $695,000.00 | $0.00 | 100 | 0 | 0.498 | 0.125 | $0.00 |
| County Trust Mortgage Bankers Corp | 5/1 Hybrid Arms, Alt-A | | | | | | | |
| SubTotal | | $9,165,808.04 | $4,855,349.96 | | | | | |

July 2006
Product
Seller

| Seller | Product | PARLOCKED | PARFUNDED | Best % | Wavd % | % Prod | | | |
|---|---|---|---|---|---|---|---|---|---|
| County Trust Mortgage Bankers Corp | 30 yr, Alt-A | $1,145,756.92 | $725,461.47 | 73.67 | 35.40 | 0.433 | 0.125 | $186.91 |
| County Trust Mortgage Bankers Corp | 6mth Libor Arms, Alt-A | $2,878,985.45 | $2711,580.00 | 35.74 | 27.84 | 1.127 | 0.105 | $556.96 |
| County Trust Mortgage Bankers Corp | 3/1 Hybrid Arms, Alt-A | $2,385,564.00 | $342,900.47 | 101.6 | 93 | 0.940 | 0.135 | $429.50 |
| County Trust Mortgage Bankers Corp | 5/1 Hybrid Arms, Alt-A | $305,592.00 | $616,250.00 | 100 | 0.187 | 0.135 | $945.01 |
| County Trust Mortgage Bankers Corp | Fixed Jumbo | $668,916.00 | $0.00 | 0 | 100 | 0.04 | 0.125 | $0.02 |
| County Trust Mortgage Bankers Corp | Fixed Alt-A | $41,590.00 | $0.00 | 100 | 0 | 0.015 | 0.125 | $0.00 |
| SubTotal | | $9,405,121.02 | $1,066,650.59 | | | | | |

June 2006
Product
Seller

| Seller | Product | PARLOCKED | PARFUNDED | Best % | Wavd % | % Prod | | | |
|---|---|---|---|---|---|---|---|---|---|
| County Trust Mortgage Bankers Corp | 30 yr, Alt-A | $1,455,532.22 | $1,215,533.04 | 19.72 | 81.27 | 0.466 | 0.20 | $3,114.93 |
| County Trust Mortgage Bankers Corp | 6mth Libor Arms, Alt-A | $3,951,530.03 | $3,295,922.40 | 58.2 | 40.7 | 1.203 | 0.20 | $9,171.22 |
| County Trust Mortgage Bankers Corp | 3/1 Hybrid Arms, Alt-A | $3,930,544.26 | $776,520.00 | 52.50 | 47.41 | 0.012 | 0.20 | $1,932.82 |
| County Trust Mortgage Bankers Corp | 5/1 Hybrid Arms, Alt-A | $120,250.00 | $0.00 | 100 | 0 | 0.061 | 0.21 | $0.00 |
| County Trust Mortgage Bankers Corp | 5/1 Hybrid Arms, Alt-A | $1,416,035.00 | $943,205.00 | 24.80 | 75.11 | 0.463 | 0.25 | $966.00 |
| County Trust Mortgage Bankers Corp | Fixed 2nd Liens, Alt-A | $250,121.61 | $0.00 | 50.30 | 40.81 | 0.078 | 0.25 | $0.00 |
| SubTotal | | $9,206,611.03 | $6,960,847.03 | | | | | |

| From: | Richard.Aquilone@ubs.com |
|---|---|
| Sent: | Thursday, September 08, 2005 5:35 PM |
| To: | Hector Chomat |
| Subject: | FW: New Pricing Incentive |
| Importance: | High |

Richard Aquilone, Jr
Director Mortgage Sales
UBS Investment Bank
1285 Avenue of the Americas
New York, NY 10019
Direct Dial: 212-713-2779
Fax: 212-713-4533

-----Original Message-----
From: Aquilone, Richard
Sent: Friday, January 21, 2005 2:57 PM
To: 'hchomat@countytrust.com'
Subject: New Pricing Incentive
Importance: High

Hector:

Over the last three months, County Trust has Funded $3,282,069 in loans with the UBS Whole Loan Conduit. That is an Average of 1MM per month.

In an attempt to increase your UBS Delivery Volume, I can offer you the below Pricing Incentive which will be payable monthly on the UPB Funded above your current monthly average of 1MM.

| Increase in Funded Volume Above 1MM | Price Incentive | Clean File Delivery | Potential Price Bonuses |
|---|---|---|---|
| +3,000,000.00 | 0.125% | 0.125% | 0.250% |
| +5,000,000.00 | 0.250% | 0.125% | 0.375% |
| +10,000,000.00 | 0.375% | 0.125% | 0.500% |

I look forward to your thoughts on the above structure.

Thanks

Richard Aquilone, Jr.
Director Fixed Income Sales
UBS Investment Bank
1285 Avenue of the Americas
New York, NY 10019
212-713-2779

This communication is issued by UBS AG or an affiliate ("UBS") by the
Sales or Trading Department to institutional investors only and is not
research. It is for informational purposes and is not an official
confirmation of terms. It is not guaranteed as to accuracy, nor is it
a complete statement of the financial products or markets referred to.
Opinions expressed are subject to change without notice and may differ

or be contrary to the opinions or recommendations of UBS Investment Research or the opinions expressed by other business areas or groups of UBS as a result of using different assumptions and criteria. UBS may maintain long or short positions in the financial instruments referred to and may transact in them as principal or agent. Unless stated specifically otherwise, this is not a recommendation, offer or solicitation to buy or sell and any prices or quotations contained herein are indicative only. UBS may provide investment banking and other services to, and/or its officers/employees may serve as directors of, the companies referred to in this material. To the extent permitted by law, UBS does not accept any liability arising from the use of this communication. For additional information, please contact your local sales or trading contact.

Copyright 2005 UBS. All rights reserved. Intended for recipient only and not for further distribution without the consent of UBS.

**From:** Richard.Aquilone@ubs.com
**Sent:** Friday, May 27, 2005 4:22 PM
**To:** Hector Chomat
**Subject:** Re: 2nd Mortgage Bulk

Hector

Will get on this for you on tuesday. Have a great weekend
----------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Hector Chomat <hchomat@countytrust.com>
To: Aquilone, Richard <Richard.Aquilone@ubs.com>
Sent: Fri May 27 16:01:09 2005
Subject: 2nd Mortgage Bulk

Hi Rich:

Attached is a bulk of second mortgages that have been underwritten as per Irwin's guidelines but the pricing is awful with Irwin to put it mildly.
Clayton has must of these transactions but the price that Irwin is offering it will not work out for us however I am sending them to you to see if you and
Bill Moss can pay us at least 101.5. Originally when we priced them we were expecting at least 102 however with Irwin's price change we just simply
got screwed in the process.

I can assure you that you have all of these first mortgage transactions.

On another matter I am still waiting for your promises of volume incentive for March and April. So far nothing, please get it done.

Thank you,

Hector Chomat
President
County Trust Mortgage Bankers
11430 N. Kendall Dr. Suite 300
Miami, FL. 33176

Office: 305-279-4445
Fax: 305-598-1265
email: hchomat@countytrust.com
website: www.countytrust.com

This communication is issued by UBS AG or an affiliate ("UBS") by the
Sales or Trading Department to institutional investors only and is not
research. It is for informational purposes and is not an official
confirmation of terms. It is not guaranteed as to accuracy, nor is it
a complete statement of the financial products or markets referred to.
Opinions expressed are subject to change without notice and may differ
or be contrary to the opinions or recommendations of UBS Investment
Research or the opinions expressed by other business areas or groups
of UBS as a result of using different assumptions and criteria. UBS
may maintain long or short positions in the financial instruments
referred to and may transact in them as principal or agent. Unless

stated specifically otherwise, this is not a recommendation, offer or solicitation to buy or sell and any prices or quotations contained herein are indicative only. UBS may provide investment banking and other services to, and/or its officers/employees may serve as directors of, the companies referred to in this material. To the extent permitted by law, UBS does not accept any liability arising from the use of this communication. For additional information, please contact your local sales or trading contact.

Copyright 2005 UBS.  All rights reserved.  Intended for recipient only and not for further distribution without the consent of UBS.