Exhibit C

| Incentives Owed to County Trust | Total Production | | Incentive Factor | Amount Owed per Month | |
|---|---|---|---|---|---|
| Total Production March 2005 | $ | 6,316,267.00 | 0.00375 | $ | 23,686.00 |
| Total Production April 2005 | $ | 3,072,108.00 | 0.0025 | $ | 7,680.27 |
| Total Production September 2005 | $ | 2,633,800.00 | 0.0025 | $ | 6,584.50 |
| Total Production October 2005 | $ | 11,766,532.00 | 0.005 | $ | 58,832.66 |
| Total Production November 2005 | $ | 5,480,100.00 | 0.00375 | $ | 20,550.38 |
| Total Production December 2005 | $ | 7,001,620.00 | 0.00375 | $ | 26,256.08 |
| Total Production January 2006 | $ | 4,212,600.00 | 0.0025 | $ | 10,531.50 |
| Total Production February 2006 | $ | 7,385,050.00 | 0.00375 | $ | 27,693.94 |
| Total Production March 2006 | $ | 6,586,320.00 | 0.00375 | $ | 24,698.70 |
| Total Production April 2006 | $ | 5,276,350.00 | 0.00375 | $ | 19,786.31 |
| Total Production May 2006 | $ | 9,365,870.00 | 0.00375 | $ | 35,122.01 |
| Total Production June 2006 | $ | 6,456,450.00 | 0.00375 | $ | 24,211.69 |
| Total Production July 2006 | $ | 4,747,900.00 | 0.0025 | $ | 11,869.75 |
| Total Production August 2006 | $ | 3,792,450.00 | 0.0025 | $ | 9,481.13 |
| Total Production October 2006 | $ | 2,320,600.00 | 0.0025 | $ | 5,801.50 |
| | | | | $ | 312,786.41 |