UNITED STATES DISTRIC COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UBS REAL ESTATE SECURITIES INC.,            :
:
            Plaintiff,            :        <u>ORDER</u>
:
      - against -            :        07 Civ. 3700 (SAS)
:
COUNTY TRUST MORTGAGE BANKERS      :
CORP.,            :
:
          Defendant.            :
------------------------------------------------------------------X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

        On July 16, 2007, plaintiff filed a motion for default judgment. On October 31, 2007, plaintiff filed a motion to withdraw the motion for default judgment. The latter motion is granted. The Clerk of the Court is directed to close both motions (Documents # 7 and # 23).

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
              November 8, 2007

1

- **Appearances** -

**For Plaintiff:**

Charles Richard Jacob, III, Esq.
Miller & Wrubel, P.C.
250 Park Avenue
New York, New York 10177
(212) 336-3500

Joel M. Miller, Esq.
Miller & Wrubel, P.C.
250 Park Avenue
New York, New York 10177
(212) 336-3501

Jeremy Mack Sher, Esq.
Miller & Wrubel, P.C.
250 Park Avenue
New York, New York 10177
(212) 336-3510

**For Defendant:**

Jay B. Itkowitz, Esq.
Itkowitz & Harwood
305 Broadway, 7th Floor
New York, New York 10007
(212)-822-1400