UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                   :

UBS REAL ESTATE SECURITIES,     :
INC.,
                                                   :

        Plaintiff,                      :             <u>ORDER TO SHOW CAUSE</u>
                                                   :

     -against-                      :             07 Civ. 3700 (SAS)
                                                   :

COUNTRY TRUST MORTGAGE        :
BANKERS CORP.,
                                                   :

        Defendant.                     :
------------------------------------------------------X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

        Defendant County Trust Mortgage Bankers Corp. ("County Trust") is ordered to show cause as to why the Court should not enter an Order granting plaintiff UBS Real Estate Securities, Inc. damages in an amount to be determined at a hearing before the Court. Country Trust must show cause by March 19, 2008.

                                                              SO ORDERED:

                                                              _____
                                                              Shira A. Scheindlin
                                                              U.S.D.J.

Dated:     New York, New York
               March 12, 2008

- **Appearances** -

**For Plaintiff**:

Joel M. Miller, Esq.
Charles R. Jacob, III, Esq.
Jeremy M. Sher, Esq.
Miller & Wrubel, P.C.
250 Park Avenue
New York, NY 10177
(212) 336-3500
Fax: (212) 336-3555

**For Defendant**:

Jay B. Itkowitz, Esq.
Itkowitz & Harwood
305 Broadway, 7th Floor
New York, NY 10007
(212) 822-1400
Fax: (212) 822-1402