UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

UBS REAL ESTATE SECURITIES, INC.,

       Plaintiff,

  -against-

COUNTRY TRUST MORTGAGE BANKERS CORP.,

       Defendant.
------------------------------------------------------X

<u>ORDER</u>

07 Civ. 3700 (SAS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/08

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

       Defendant County Trust Mortgage Bankers Corp.'s counterclaim against plaintiff UBS Real Estate Securities, Inc. is hereby dismissed from the above-captioned action without prejudice for failure to prosecute. Plaintiff's motion for sanctions against defendant is denied.

SO ORDERED:

*[signature]*
Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
              April 1, 2008

- **Appearances** -

**For Plaintiff**:

Joel M. Miller, Esq.
Charles R. Jacob, III, Esq.
Jeremy M. Sher, Esq.
Miller & Wrubel, P.C.
250 Park Avenue
New York, NY 10177
(212) 336-3500
Fax: (212) 336-3555

**For Defendant**:

Jay B. Itkowitz, Esq.
Itkowitz & Harwood
305 Broadway, 7th Floor
New York, NY 10007
(212) 822-1400
Fax: (212) 822-1402