| UBS Loan ID | Original Balance | Unpaid Balance | Per Diem | Accrued Interest Days Through 06/30/2008 | Accrued Interest | Corporate Advances | Escrow Advances | Purchase Price | Repurchase Price | Proceeds/Value | Damages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 777021609 | $220,000.00 | $219,186.05 | 51.04 | 457 | $23,325.28 | $4,323.02 | $2,432.90 | 102.83% | $255,477.39 | $124,111.10 | $131,366.29 |
| 777013706 | $224,000.00 | $222,799.66 | 49.60 | 320 | $15,870.66 | $0.00 | $0.00 | 102.88% | $245,092.22 | $81,744.08 | $163,348.14 |
| 334582213 | $340,000.00 | $340,000.00 | 83.84 | 539 | $45,187.40 | $0.00 | $0.00 | 102.10% | $392,321.62 | $203,317.30 | $189,004.32 |
| 335338992 | $324,000.00 | $324,000.00 | 65.47 | 547 | $35,812.09 | $5,389.53 | $37,684.19 | 101.61% | $408,108.69 | $182,250.00 | $225,858.69 |
| 335338990 | $140,700.00 | $140,337.41 | 31.72 | 578 | $18,334.16 | $3,211.50 | $1,520.69 | 101.36% | $165,306.07 | $82,500.00 | $82,806.07 |
| | | | | | | | | | | TOTAL | $792,383.51 |