UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UBS REAL ESTATE SECURITIES INC., | Case No.: 07 Civ. 3700 (SAS) (GWG) |
| Plaintiff, | ECF Case |
| -against- | **CERTIFICATE OF SERVICE** |
| COUNTY TRUST MORTGAGE BANKERS CORP., | |
| Defendant. | |

       I certify that true and correct copies of the Notice of Plaintiff's Motion for Summary Judgment as to Damages, Declaration of Christopher G. Schmidt, Declaration of Jeremy M. Sher, Rule 56.1 Statement in Support of Plaintiff's Motion for Summary Judgment as to Damages, and Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment as to Damages were served by hand, on August 8, 2008, upon:

       Jay B. Itkowitz, Esq.
       Itkowitz & Harwood
       305 Broadway, 7th Floor
       New York, New York 10007

       /s/ Jeremy M. Sher
       Jeremy M. Sher
       MILLER & WRUBEL P.C.
       250 Park Avenue
       New York, New York 10177
       (212) 336-3500

       *Attorneys for Plaintiff*
       *UBS Real Estate Securities Inc.*